| Fill in this information to identify the case: |
| --- |
| Debtor name **Premier Exhibitions Management, LLC** |
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) **3:16-bk-02233-PMG** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Full Analysis Business Checking** | 9697 | $1,374,200.00 |
| 3.2. | **Wells Fargo Bank** | **Business Choice Checking** | 1139 | $4,532.16 |
| 3.3. | **Bank of America** | **Full Analysis Business Checking** | 3309 | $54,185.74 |
| 3.4. | **Royal Bank of Scotland Name on account: RMS Titanic (UK) Limited** | **Business Current Account** | 4386 | $11,472.52 |
| 3.5. | **Royal Bank of Scotland Name on account: Premier (United Kingdom) Limited** | | 4351 | $46,816.67 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,491,207.09 |
| --- |

### Part 2:    Deposits and Prepayments

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **Premier Exhibitions Management, LLC**                         Case number *(If known)*  **3:16-bk-02233-PMG**
                Name

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

   7.1.   **Buena Park security deposit**                                                    $55,570.00

   7.2.   **Orlando security deposit**                                                       $18,465.00

   7.3.   **New York security deposit**                                                       $3,120.00

   7.4.   **Corporate security deposit**                                                     $22,598.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

   8.1.   **Prepaid G&A**                                                                     $5,649.00

   8.2.   **Prepaid G&A**                                                                     $5,536.00

   8.3.   **Prepaid G&A**                                                                    $18,667.00

   8.4.   **Prepaid G&A**                                                                     $6,667.00

   8.5.   **Prepaid insurance**                                                             $240,400.00

9.      **Total of Part 2.**                                                        | $376,672.00 |
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Premier Exhibitions Management, LLC** | Case number *(If known)*  **3:16-bk-02233-PMG** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | **701,153.00** | - | **0.00** | = ... | **$701,153.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **386,624.00** | - | **0.00** | = ... | **$386,624.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$1,087,777.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **Pirates** | **06/01/2016** | **$103,481.00** | **Retail** | **$606,171.00** |
| | **Titanic** | **06/01/2016** | **$303,513.00** | **Retail** | **$1,831,535.00** |
| | **Tut** | **06/01/2016** | **$236,622.00** | **Retail** | **$746,440.00** |
| | **Bodies** | **06/01/2016** | **$79,104.00** | **Retail** | **$279,431.00** |
| | **SNL** | **06/01/2016** | **$96,365.00** | **Retail** | **$339,567.00** |
| | **Pompeii** | **06/01/2016** | **$42,103.00** | **Retail** | **$240,169.00** |

| 23. | **Total of Part 5.** | **$4,043,313.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

Debtor    **Premier Exhibitions Management, LLC**                                Case number *(If known)*  **3:16-bk-02233-PMG**
_____Name_____

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Furniture and fixtures** | **$55,448.00** | **Book value** | **$55,448.00** |
| 40. | **Office fixtures** **Exhibitry fixtures** | **$3,053,103.00** | **Book value** | **$3,053,103.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computers** | **$1,799.00** | **Book value** | **$1,799.00** |
| | **Computer software** | **$14,555.00** | **Book value** | **$14,555.00** |
| | **Office equipment** | **$1,241.00** | **Book value** | **$1,241.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                                      **$3,126,146.00**

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Premier Exhibitions Management, LLC** | Case number *(If known)* **3:16-bk-02233-PMG** |
|---|---|---|
| | Name | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Heavy equipment | $37,778.00 | Book value | $37,778.00 |
| Durable goods/tools | $15,060.00 | Book value | $15,060.00 |

| 51. **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $52,838.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| Trade names | $358,020.00 | Book value | $358,020.00 |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Premier Exhibitions Management, LLC**                          Case number *(If known)*   **3:16-bk-02233-PMG**
_____
Name

| **License agreements** | **$2,572,740.00** | **Book value** | **$2,572,740.00** |

---

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                      **$2,930,760.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

---

Debtor    **Premier Exhibitions Management, LLC**                    Case number *(If known)*  **3:16-bk-02233-PMG**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,491,207.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $376,672.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,087,777.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,043,313.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,126,146.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $52,838.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,930,760.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,108,713.09 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $13,108,713.09 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Premier Exhibitions Management, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:16-bk-02233-PMG**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Haiping Zou** | Describe debtor's property that is subject to a lien | **$1,000,000.00** | **$0.00** |

Creditor's Name

**Unit 110-115
Wanke Qingqing Homeland
Dougezhuang, Chaoyang Dist.
Beijing, China 100021**

Creditor's mailing address

**Trade**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| 2.2 | Jihe Zhang | Describe debtor's property that is subject to a lien | $1,000,000.00 | $0.00 |

Creditor's Name

**59 Dongsanhuan Middle Road
Fuli Shuangzi Towers, Bd. A
Suite 2606,Chaoyang District
Beijing, China 100022**

Creditor's mailing address

**Trade**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Premier Exhibitions Management, LLC**                     Case number (if know)    **3:16-bk-02233-PMG**
          Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | **Lange Feng** | Describe debtor's property that is subject to a lien | $1,000,000.00 | $0.00 |

Creditor's Name

**15953 107th Avenue**
**Surrey, BC V4N 5N7**

Creditor's mailing address

**Trade**

Describe the lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,000,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 2 of 2

**Fill in this information to identify the case:**

Debtor name  **Premier Exhibitions Management, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **3:16-bk-02233-PMG**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**4Wall Entertainment Lighting**<br>**35 State Street**<br>**Moonachie, NJ 07074**<br><br>Date(s) debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,587.95** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**87AM Holdings, LLC**<br>**42 W. 39th Street**<br>**4th Floor**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Trade**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$12,700.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**A&S Sweeping, Inc.**<br>**11762 DePalma Road**<br>**Corona, CA 92883**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Trade**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$350.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**A-NYC Display and Graphics**<br>**8500 4th Avenue**<br>**Suite D**<br>**Brooklyn, NY 11209**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,600.00** |

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**ABC Imaging**
**1155 21st Street NW**
**Suite M400**
**Washington, DC 20036**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$36,013.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**ABM Janitorial-Southeast**
**PO Box 934418**
**Atlanta, GA 31193**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$2,072.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Adrenaline Media, Inc.**
**329 West Franklin Street**
**Ocoee, FL 34761**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$11,454.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Air Stream Air Conditioning**
**245 Newton Road**
**Suite 305**
**Plainview, NY 11803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$2,763.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Allgood Pest Control**
**2540 Lawrenceville Highway**
**Lawrenceville, GA 30042**

Date(s) debt was incurred _
Last 4 digits of account number **5167**

As of the petition filing date, the claim is: *Check all that apply.*                **$95.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**American Guardian Security**
**System**
**6981 Peachtree Industrial Bl**
**Norcross, GA 30092**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$29.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
**Anglepix**
**254 Colonial Homes Drive**
**Atlanta, GA 30309**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$536.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

---

**3.12** Nonpriority creditor's name and mailing address
**Base Entertainment**
**3667 Las Vegas Blvd. South**
**Las Vegas, NV 89109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Marketing commission**

Is the claim subject to offset? ■ No ☐ Yes

**$1,074.90**

---

**3.13** Nonpriority creditor's name and mailing address
**BML Productions, Inc.**
**dba Generi**
**1 Aquarium Drive**
**Secaucus, NJ 07094**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Production**

Is the claim subject to offset? ■ No ☐ Yes

**$3,300.00**

---

**3.14** Nonpriority creditor's name and mailing address
**Bright House Networks**
**PO Box 30574**
**Tampa, FL 33630**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,033.44**

---

**3.15** Nonpriority creditor's name and mailing address
**Brillianize**
**PO Box 867**
**Benicia, CA 94510**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$83.80**

---

**3.16** Nonpriority creditor's name and mailing address
**Broadway Video**
**30 Rockefeller Plaza**
**54th Floor**
**New York, NY 10112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$250,000.00**

---

**3.17** Nonpriority creditor's name and mailing address
**Brookridge Consulting**
**43 Warren Street**
**New York, NY 10007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,250.00**

---

**3.18** Nonpriority creditor's name and mailing address
**Bulbtronics, Inc.**
**45 Banfi Plaza North**
**Farmingdale, NY 11735**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$165.01**

---

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111,500.00**

**CBS Outdoor/Outfront Media**
PO Box 33074
Newark, NJ 07188

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.05**

**CBS Radio NY**
345 Hudson Street
10th Floor
New York, NY 10014

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$254.16**

**Century Link**

Phoenix, AZ 85062

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9674**

Basis for the claim:  **Utilties**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$312.00**

**CIT Technology Financing Ctr**
21146 Network Place
Chicago, IL 60673

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,329.00**

**City Guide**
498 Seventh Avenue
10th Floor
New York, NY 10018

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$520.00**

**Coco-Cola Enterprises**
PO Box 403390
Atlanta, GA 30384

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$968.22**

**ConEdison**
PO Box 1702
New York, NY 10116

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Premier Exhibitions Management, LLC** | Case number (*if known*) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,518.00** |
|---|---|---|---|

**Cortina Productions**
1651 Old Meadow Road
Mc Lean, VA 22102

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$562.32** |
|---|---|---|---|

**Crane Worldwide Logistics**
PO Box 844174
Dallas, TX 75284

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Creative Pest Management Inc**
PO Box 965674
Marietta, GA 30066

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,177.00** |
|---|---|---|---|

**CRI Properties, Ltd.**
P.O. Box 734
Aurora, OH 44202

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,475.16** |
|---|---|---|---|

**CT Corporation System**
PO Box 301133
Dallas, TX 75303

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,271.00** |
|---|---|---|---|

**CTM Media Group, Inc.**
11 Largo Drive South
Stamford, CT 06907

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,313.00** |
|---|---|---|---|

**Davler Media Group**
498 Seventh Avenue
New York, NY 10018

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $179.85 |
|---|---|---|---|

**DeKalb County Watershed**
**PO Box 1027**
**Decatur, GA 30031**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,956.00 |
|---|---|---|---|

**Design Electronics**
**4956 Oakwood Drive**
**Niagra Falls, ON L2E 6S5**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Direct Media, Inc.**
**72 Sharp Street**
**Unit C12**
**Hingham, MA 02043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Discovery Benefits, Inc.**
**PO Box 9528**
**Fargo, ND 58106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,214.38 |
|---|---|---|---|

**Dunbar Armored, Inc.**
**PO Box 64115**
**Baltimore, MD 21264**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,148.00 |
|---|---|---|---|

**Eurographics, Inc.**
**9105 Salley Street**
**Montreal, QC H8R 2C8**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34,489.46 |
|---|---|---|---|

**Expedia, Inc.**
**10190 Covington Cross Drive**
**Las Vegas, NV 89144**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Premier Exhibitions Management, LLC** | | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,428.00 |
|---|---|---|---|
| | **F.P.I.S., Inc.** | ■ Contingent | |
| | **220 Story Road** | ■ Unliquidated | |
| | **Ocoee, FL 34761** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.30 |
|---|---|---|---|
| | **FedEx** | ■ Contingent | |
| | **PO Box 660481** | ■ Unliquidated | |
| | **Dallas, TX 75266** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,927.94 |
|---|---|---|---|
| | **FedEx Custom Critical** | ■ Contingent | |
| | **PO Box 645135** | ■ Unliquidated | |
| | **Pittsburgh, PA 15264** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,513.00 |
|---|---|---|---|
| | **Florida Dept. of Revenue** | ■ Contingent | |
| | **5050 W. Tennessee Street** | ■ Unliquidated | |
| | **Tallahassee, FL 32399** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Taxes** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|
| | **Florida Suncoast Tourism** | ■ Contingent | |
| | **10750 75th Street** | ■ Unliquidated | |
| | **Seminole, FL 33777** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250,000.00 |
|---|---|---|---|
| | **Fox Ice Age Release** | ■ Contingent | |
| | **P.O. Box 900** | ■ Unliquidated | |
| | **Beverly Hills, CA 90213** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|
| | **Freedom Communications, Inc.** | ■ Contingent | |
| | **1801 W. Olympic Blvd.** | ■ Unliquidated | |
| | **Pasadena, CA 91199** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$358.00**

**Ful-Bro Heating &**
**Air Conditioning**
**3230 Cumberland Drive**
**Chamblee, GA 30341**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00**

**George F. Eyde Orlando LLC**
**Louis J. Eyde Orlando LLC**
**PO Box 4218**
**East Lansing, MI 48826**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,104.00**

**Georgia Dept. of Revenue**
**1800 Century Blvd.  NE**
**Suite 12000**
**Atlanta, GA 30345**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Taxes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,955.00**

**Georgia Power**
**96 Annex**
**Atlanta, GA 30396**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.94**

**Global Equipment Co.**
**PO Box 905713**
**Charlotte, NC 28290**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$893.16**

**GRM Information Management**
**PO Box 978589**
**Dallas, TX 75397**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Gwinnett County Police Dept.**
**PO Box 602**
**Lawrenceville, GA 30046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address
**Higi SH LLC**
**150 North Wacker Drive**
**Chicago, IL 60606**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$2,376.00

---

**3.55** | Nonpriority creditor's name and mailing address
**Historical Indexes Publishin**
**900 Reichert Avenue**
**Suite 432**
**Novato, CA 94945**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$1,495.00

---

**3.56** | Nonpriority creditor's name and mailing address
**HM Peachtree Corners I LLC**
**PO Box 32149**
**New York, NY 10087**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$371.78

---

**3.57** | Nonpriority creditor's name and mailing address
**Home Depot Credit Services**
**P.O. Box 9055**
**Des Moines, IA 50368**

Date(s) debt was incurred __
Last 4 digits of account number  **5095**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$5,808.00

---

**3.58** | Nonpriority creditor's name and mailing address
**IESI - NY Corporation**

**Dallas, TX 75266**

Date(s) debt was incurred __
Last 4 digits of account number  **4496**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$871.00

---

**3.59** | Nonpriority creditor's name and mailing address
**InnerWorkings Inc.**
**1440 Broadway**
**22nd Floor**
**New York, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$3,183.60

---

**3.60** | Nonpriority creditor's name and mailing address
**JB Hunt Transport, Inc.**
**650 JB Hunt Corporate Drive**
**Lowell, AR 72745**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$2,513.71

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Premier Exhibitions Management, LLC**      Case number *(if known)*    **3:16-bk-02233-PMG**

Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,560.00 |
|---|---|---|---|

**Kenney Commuications, Inc.**
**1215 Spruce Avenue**
**Orlando, FL 32824**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,837.00 |
|---|---|---|---|

**Kirvin Doak Communications**
**7935 W. Sahara Avenue**
**Las Vegas, NV 89117**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,728.00 |
|---|---|---|---|

**Las Vegas Magazine & Showbix**
**2360 Corporate Circle**
**Suite 300**
**Henderson, NV 89074**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|

**Manifest, LLC**
**4110 N. Scottsdale Road**
**Scottsdale, AZ 85251**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.00 |
|---|---|---|---|

**Massey Services, Inc.**
**3210 Clay Avenue**
**Orlando, FL 32804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,439.00 |
|---|---|---|---|

**MDJ & Associates**
**745 E. Division**
**Lombard, IL 60148**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,300.00 |
|---|---|---|---|

**Mojave Electric**
**3755 W. Hacienda Avenue**
**Las Vegas, NV 89118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Premier Exhibitions Management, LLC**   Case number (if known)   **3:16-bk-02233-PMG**
      Name

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,074.00** |
|---|---|---|---|

**MondoMostre s.r.l.**
**Via dei Baullari, 4**
**Rome, Italy 00186**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,586.00** |
|---|---|---|---|

**Morris Visitor Publications**
**P.O. Box 1584**
**Augusta, GA 30903**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,126.00** |
|---|---|---|---|

**MS Networks, Inc. (ShoreTel)**
**4436 Solutions Center**
**Chicago, IL 60677**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Utilities**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,332.07** |
|---|---|---|---|

**Murray Hill Properties, LLC**
**277 Park Avenue**
**New York, NY 10172**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$310.00** |
|---|---|---|---|

**National Design LLC**
**PO Box 51440**
**Los Angeles, CA 90051**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,900.00** |
|---|---|---|---|

**Ned Collett**
**2811 Twisted Willow Court**
**Katy, TX 77450**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Legal**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,579.34** |
|---|---|---|---|

**Nevada Dept. of Taxation**
**PO Box 52685**
**Suite 180**
**Phoenix, AZ 85072**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:   **Taxes**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Premier Exhibitions Management, LLC** | Case number *(if known)* | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address
**New York Dept. of Taxation
and Finance
PO Box 4127
Binghamton, NY 13902**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Taxes__

Is the claim subject to offset? ■ No ☐ Yes

$9,502.65

---

**3.76** | Nonpriority creditor's name and mailing address
**New York Dept. of Taxation
and Finance
Attn: Office of Counsel
Bldg. 9, W.A. Harriman Campu
Albany, NY 12227**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Taxes__

Is the claim subject to offset? ■ No ☐ Yes

$400,000.00

---

**3.77** | Nonpriority creditor's name and mailing address
**NYC & Co.
810 Seventh Avenue
New York, NY 10019**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$5,134.00

---

**3.78** | Nonpriority creditor's name and mailing address
**NYC Dept. of Finance
PO Box 3646
New York, NY 10008**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Taxes__

Is the claim subject to offset? ■ No ☐ Yes

$34,053.72

---

**3.79** | Nonpriority creditor's name and mailing address
**Oasis Reporting Services LLC
400 S. Seventh Street
Las Vegas, NV 89138**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$2,365.25

---

**3.80** | Nonpriority creditor's name and mailing address
**Office Depot, Inc.
PO Box 633211
Cincinnati, OH 45263**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$484.00

---

**3.81** | Nonpriority creditor's name and mailing address
**Pallet Rack Surplus, Inc.
1981 Old Covington Cross Rd.
NE
Conyers, GA 30013**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$31,277.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,111.33**

**Parallax Digital Studios Inc**
**3675 Kennesaw 75 Parkway NW**
**Kennesaw, GA 30144**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,446.43**

**Penguin Random House**
**1019 N. State Road 47**
**Crawfordsville, IN 47933**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,255.00**

**Pernot and Tatlin**
**1041 E. Green Street**
**Suite 205**
**Pasadena, CA 91106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$269.24**

**Pitney Bowes Global Financia**
**PO Box 371896**
**Pittsburgh, PA 15250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,178.20**

**Progress Energy**
**dba Duke Energy**
**PO Box 1004**
**Charlotte, NC 28201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.40**

**Protection One Alarm**
**Monitoring**
**PO Box 29044**
**Kansas City, MO 64121**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Queen Courier**
**38-15 Bell Blvd.**
**Bayside, NY 11361**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Premier Exhibitions Management, LLC** | | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|---|
| | Name | | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,901.32**
---

**R&L Carriers, Inc.**
**PO Box 10020**
**Port William, OH 45164**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,068.39**

**Ricoh**
**aka Ikon Financial Service**
**PO Box 532530**
**Atlanta, GA 30353**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,064.62**

**Ricoh USA, Inc.**
**aka Ikon Office Solutions**
**PO Box 532530**
**Atlanta, GA 30353**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,800.00**

**Rocket Fuel, Inc.**
**1900 Seaport Blvd.**
**Redwood City, CA 94063**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$559.00**

**Rose Brand Wipers, Inc.**
**PO Box 1536**
**Secaucus, NJ 07094**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,983.00**

**Row NYC**
**700 8th Avenue**
**New York, NY 10036**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.75**

**SBS Group**
**2866 Momentum Place**
**Chicago, IL 60689**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Professional services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $754.84 |
|---|---|---|---|
| | **Scana Energy** <br> **PO Box 100157** <br> **Columbia, SC 29202** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **2986** | Basis for the claim: **Utilities** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $163,000.00 |
|---|---|---|---|
| | **Screen Actors Guild** <br> **1900 Broadway** <br> **5th Floor** <br> **New York, NY 10023** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Trade** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,600.00 |
|---|---|---|---|
| | **Shockwave Cargo** <br> **2001 W. Main Street** <br> **Suite 222** <br> **Stamford, CT 06902** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Trade** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $442,018.00 |
|---|---|---|---|
| | **Sophrintendenza Archeologica** <br> **di Napoli e Pompei** <br> **Piazza Museo 19** <br> **Naples, Italy 80135** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Trade** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,565.00 |
|---|---|---|---|
| | **South Coast Transportation** <br> **& Distribution** <br> **1424 S. Raymond Avenue** <br> **Fullerton, CA 92831** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Trade** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $102.24 |
|---|---|---|---|
| | **Space Coast Fire and Safety** <br> **420 Manor Drive** <br> **Merritt Island, FL 32952** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Trade** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,226.00 |
|---|---|---|---|
| | **Speciality Distribution** <br> **dba Beyda and Associates** <br> **PO Box 772288** <br> **Orlando, FL 32877** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Merchandise inventory** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Premier Exhibitions Management, LLC** | | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,187.80 |
|---|---|---|---|

**Team Alternatives**
**901 W. Alameda Avenue**
**Suite 100**
**Burbank, CA 91506**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,415.23 |
|---|---|---|---|

**Team Worldwide**
**PO Box 668**
**Winnsboro, TX 75494**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**TelePacific Communications**
**PO Box 509013**
**San Diego, CA 92150**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.00 |
|---|---|---|---|

**The Highland Mint Co.**
**Attn:  Vince Bohbot**
**4100 N Riverside Drive**
**Melbourne, FL 32937**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**The Place Media**
**1400 Quail Street**
**Newport Beach, CA 92660**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**The Savvy Pass**
**101 West 23rd Street**
**Suite 400**
**New York, NY 10011**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**The Superlative Group**
**921 Huron Road**
**Cleveland, OH 44115**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,872.00** |
| | **Tickets for Groups** | ■ Contingent | |
| | **541 Mountain Road** | ■ Unliquidated | |
| | **Wilbraham, MA 01095** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,156.00** |
| | **Time Out New York** | ■ Contingent | |
| | **475 Tenth Avenue** | ■ Unliquidated | |
| | **12th Floor** | ■ Disputed | |
| | **New York, NY 10018** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,425.00** |
| | **Total Quality Logistics, LLC** | ■ Contingent | |
| | **PO Box 634558** | ■ Unliquidated | |
| | **Cincinnati, OH 45623** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,485.00** |
| | **Trip Advisor LLC** | ■ Contingent | |
| | **141 Needham Street** | ■ Unliquidated | |
| | **Newton, MA 02464** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,047.00** |
| | **TSX Operating Co., LLC** | ■ Contingent | |
| | **70 West 40th Street** | ■ Unliquidated | |
| | **9th Floor** | ■ Disputed | |
| | **New York, NY 10018** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$504.96** |
| | **Tyler's Display Supply** | ■ Contingent | |
| | **1731 Taylor Street** | ■ Unliquidated | |
| | **Atlanta, GA 30318** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,106.00** |
| | **Uline** | ■ Contingent | |
| | **PO Box 88741** | ■ Unliquidated | |
| | **Chicago, IL 60680** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

---

**3.117** | Nonpriority creditor's name and mailing address

**United Rentals**
PO Box 100711
Atlanta, GA 30384

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$7,340.00**

---

**3.118** | Nonpriority creditor's name and mailing address

**United Van Lines, LLC**
22304 Network Place
Chicago, IL 60673

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$9,793.00**

---

**3.119** | Nonpriority creditor's name and mailing address

**Universal Creative Concepts**
10143 Royalton Road
North Royalton, OH 44133

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,813.00**

---

**3.120** | Nonpriority creditor's name and mailing address

**UPS**
PO Box 7247-0244
Philadelphia, PA 19170

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$157.65**

---

**3.121** | Nonpriority creditor's name and mailing address

**UPS Supply Chain Solutions**
28013 Network Place
Chicago, IL 60673

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$819.40**

---

**3.122** | Nonpriority creditor's name and mailing address

**Verifone, Inc.**
4523 Solutions
Lockbox #774523
Chicago, IL 60677

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$52,912.00**

---

**3.123** | Nonpriority creditor's name and mailing address

**Village Voice**
PO Box 5645
New York, NY 10087

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Premier Exhibitions Management, LLC** | Case number *(if known)* | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,720.00**

**VS Media Group**
7648 Southland Blvd.
Orlando, FL 32809

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$753.04**

**Waste Management of Atlanta**
P.O. Box 105453
Atlanta, GA 30348

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$361.10**

**Wells Fargo Equipment Financ**
P.O. Box 7777
San Francisco, CA 94120

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.44**

**Wessels & Associates LLC**
PO Box 233
Clawson, MI 48017

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,398.00**

**WNBC - NBC Universal Media**
PO Box 281263
Atlanta, GA 30384

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,314.00**

**Yelp, Inc.**
140 New Montgomery
9th Floor
San Francisco, CA 94105

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134.00**

**Zephyrhills/Ready Refresh**
PO Box 856680
Louisville, KY 40285

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if known) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $              0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 3,448,944.34 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $              3,448,944.34 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Premier Exhibitions Management, LLC** |
| United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)  **3:16-bk-02233-PMG** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest     **Non-recourse promissory note related to the acquisition of AEI 04/20/2017**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AEG Live LLC**<br>**425 West 11th Street**<br>**Los Angeles, CA 90015** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest     **Non-recourse promissory note related to the acquisition of AEI 04/20/2017**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AEG Live LLC**<br>**5750 Wilshire Blvd.**<br>**Suite 501**<br>**Los Angeles, CA 90036** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest     **NY Location:  (1) Syzygy server and (2) LEB Electric - camera sytem, security door, and network 04/06/2021**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ascentium Capital LLC**<br>**23970 Highway 59**<br>**Kingwood, TX 77339** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest     **NY Location:  LEB Electric - camera sytem, security door, and network 05/31/2021**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ascentium Capital LLC**<br>**23970 Highway 59**<br>**Kingwood, TX 77339** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Premier Exhibitions Management, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*   **3:16-bk-02233-PMG**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **NY Location:  LEB Electric - camera sytem, security door, and network** | |
|---|---|---|---|
| | State the term remaining | **06/11/2021** | |
| | List the contract number of any government contract | | **Ascentium Capital LLC**<br>**23970 Highway 59**<br>**Kingwood, TX 77339** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Bodies Revealed 3 touring exhibition** | |
|---|---|---|---|
| | State the term remaining | **01/01/2017** | |
| | List the contract number of any government contract | | **Bossard Library**<br>**7 Spruce Street**<br>**Gallipolis, OH 45631** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Exhibition rights to "Saturday Night Live"** | |
|---|---|---|---|
| | State the term remaining | **02/15/2020** | |
| | List the contract number of any government contract | | **Broadway Video Entertainment**<br>**30 Rockefeller Plaza**<br>**54th Floor**<br>**New York, NY 10112** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Cleveland merchandise warehouse - Address TBD** | |
|---|---|---|---|
| | State the term remaining | **08/14/2017** | |
| | List the contract number of any government contract | | **CRI Properties, Ltd.**<br>**PO Box 734**<br>**Aurora, OH 44202** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Titanic exhibition hall - 7324-A International Drive, Orlando, FL 32819** | |
|---|---|---|---|
| | State the term remaining | **09/30/2016** | |
| | List the contract number of any government contract | | **George F. Eyde Orlando, LLC**<br>**Louis J. Eyde Orlando, LLC**<br>**PO Box 4218**<br>**East Lansing, MI 48826** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Exhibition rights to the story of the Whydah pirate ship** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Historic Shipwreck, Inc.**<br>**& Barry L. Clifford**<br>**16 Macmillan Wharf, Box 493**<br>**Provincetown, MA 02657** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Premier Exhibitions Management, LLC** | | Case number *(if known)* | **3:16-bk-02233-PMG** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Atlanta corporate office - 3045 Kingston Court, Suite I, Peachtree Corners, GA 30077 Ste I: 01/21/19** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **HM Peachtree Corners PO BOX 32149 New York, NY 10087** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Atlanta corporate office - 3045 Kingston Court, Suite I, Peachtree Corners, GA 30077 Ste G:  12/31/16** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **HM Peachtree Corners PO BOX 32149 New York, NY 10087** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Atlanta Corporate Office  - servers & desktops** | |
|---|---|---|---|
| | State the term remaining | **10/17/2015** | |
| | List the contract number of any government contract | | **Lenovo Financial Services PO Box 550599 Jacksonville, FL 32255** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Bodies Revealed 4 touring exhibition** | |
|---|---|---|---|
| | State the term remaining | **01/16/2017** | |
| | List the contract number of any government contract | | **Liberty Science Center 222 Jersey City Blvd. Jersey City, NJ 07305** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Titanic Touring unit 7 exhibition** | |
|---|---|---|---|
| | State the term remaining | **01/06/2019** | |
| | List the contract number of any government contract | | **Mayborn Museum of Baylor University 1300 S. University Parks Dr. Waco, TX 76706** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **The Discovery of King Tut exhibition** | **Oregon Museum of Science and Industry 1945 SE Water Avenue Portland, OR 97214** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Premier Exhibitions Management, LLC**
_____
First Name    Middle Name    Last Name

Case number (*if known*)   **3:16-bk-02233-PMG**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | 01/27/2019 |  |
|---|---|---|---|
|  | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Titanic Touring unit 6 exhibition** | |
|  | State the term remaining | 03/12/2017 | **Peroria Riverfront Museum**<br>**1125 W. Lake Avenue**<br>**Peoria, IL 61614** |
|  | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Titanic Touring unit 6 exhibition** | |
|  | State the term remaining | 10/23/2016 | **Portland Science Center**<br>**68 Commercial Street**<br>**Portland, ME 04101** |
|  | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Titanic Touring unit 2 exhibition** | |
|  | State the term remaining | 07/10/2016 | **PVA Expo / JVS Group**<br>**Prague Gate House, Türkova 5**<br>**149 00 Praha 4 Chodov**<br>**Prague 4, Czech Republic** |
|  | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **3 exhibitions halls: Bodies, Titanic and one empty - Luxor Hotel, 3900 Las Vegas Blvd. South, Las Vegas, NV 89119** | |
|  | State the term remaining | 07/31/2018 | **Ramparts, Inc.**<br>**dba Luxor Hotel & Casino**<br>**3900 Las Vegas Blvd. South**<br>**Las Vegas, NV 89119** |
|  | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Equipment Rental - Corporate Office** | |
|  | State the term remaining | **N/A** | **Ricoh**<br>**aka Ikon Financial Service**<br>**P.O. BOX 532530**<br>**Atlanta, GA 30353** |
|  | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Premier Exhibitions Management, LLC**                          Case number *(if known)*   **3:16-bk-02233-PMG**
_____   _____
First Name      Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Equipment Rental - Permanent Venues and Lab** | |
|---|---|---|---|
| | State the term remaining | **08/01/2016** | **Ricoh**<br>**aka Ikon Financial Service**<br>**P.O. BOX 532530**<br>**Atlanta, GA 30353** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Equipment Rental - New York** | |
|---|---|---|---|
| | State the term remaining | **05/01/2018** | **Ricoh**<br>**aka Ikon Financial Service**<br>**Atlanta, GA 30353** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Titanic artificat lab & warehouse facilities** | |
|---|---|---|---|
| | State the term remaining | **05/31/2017** | **Selig Enterprises, Inc.**<br>**1100 Spring Street**<br>**Suite 55**<br>**Atlanta, GA 30309** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Exhibition rights to "The Discovery of King Tut"** | |
|---|---|---|---|
| | State the term remaining | **04/07/2018** | **Semmel Concerts GmBH**<br>**Am Muhlgraben 70**<br>**95445 Bayreuth** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Titanic Touring unit 7 exhibition** | |
|---|---|---|---|
| | State the term remaining | **03/12/2017** | **Sloan Museum**<br>**1221 E. Kersley Street**<br>**Flint, MI 48503** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Bodies Revealed exhibition hall - Building 2 South, Town Center at Atlantic Station, Atlanta, GA** | **SP5 Atlantic Retail Ventures, LLC**<br>**1380 Atlantic Drive**<br>**Suite 142**<br>**Atlanta, GA 30363** |
|---|---|---|---|
| | State the term remaining | **01/31/2017** | |

Debtor 1    **Premier Exhibitions Management, LLC**
            First Name        Middle Name        Last Name

Case number (*if known*)    **3:16-bk-02233-PMG**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract |  |
|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **The Discovery of King Tut exhibition** |  |
|  | State the term remaining | **01/17/2018** | **St. Louis Science Center** |
|  | List the contract number of any government contract |  | **5050 Oakland Avenue** |
|  |  |  | **Saint Louis, MO 63110** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Titanic Touring unit 5 exhibition** |  |
|  | State the term remaining | **07/03/2016** | **Tabakfabrik Linz / COFO** |
|  | List the contract number of any government contract |  | **Dr.-Emil-Brichta-Str. 9** |
|  |  |  | **Passau, Germany, MBC D-94036** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **The Discovery of King Tut exhibition** |  |
|  | State the term remaining | **09/05/2016** | **The Putnam Museum** |
|  | List the contract number of any government contract |  | **1717 W. 12th Street** |
|  |  |  | **Davenport, IA 52804** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Titanic Touring unit 7 exhibition** |  |
|  | State the term remaining | **11/06/2016** | **Western Heritage Museum** |
|  | List the contract number of any government contract |  | **1 Thunderbird Circle** |
|  |  |  | **NMJC Campus** |
|  |  |  | **Hobbs, NM 88240** |

**Fill in this information to identify the case:**

Debtor name   **Premier Exhibitions Management, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **3:16-bk-02233-PMG**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Premier Exhibitions, Inc.** | **3045 Kingston Court Suite I Peachtree Corners, GA 30071** | **Haiping Zou** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **Premier Exhibitions, Inc.** | **3045 Kingston Court Suite I Peachtree Corners, GA 30071** | **Jihe Zhang** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 **Premier Exhibitions, Inc.** | **3045 Kingston Court Suite I Peachtree Corners, GA 30071** | **Lange Feng** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 **Premier Merchandising, LLC** | **3045 Kingston Court Suite I Peachtree Corners, GA 30071** | **Haiping Zou** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Debtor | **Premier Exhibitions Management, LLC** | Case number *(if known)* | **3:16-bk-02233-PMG** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Premier Merchandising, LLC** | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | **Jihe Zhang** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.6 | **Premier Merchandising, LLC** | 3045 Kingston Court Suite I Norcross, GA 30071 | **Lange Feng** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.7 | **RMS Titanic, Inc.** | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | **Haiping Zou** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.8 | **RMS Titanic, Inc.** | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | **Jihe Zhang** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.9 | **RMS Titanic, Inc.** | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | **Lange Feng** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Premier Exhibitions Management, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **3:16-bk-02233-PMG**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/15/2016        x  /s/ Michael J. Little
                                     Signature of individual signing on behalf of debtor

                                   **Michael J. Little**
                                   Printed name

                                   **Chief Financial Officer and Chief Operating Officer**
                                   Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy