**Fill in this information to identify the case:**

Debtor name **Premier Exhibitions Management, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **3:16-bk-02233-PMG**

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account
number

| | Name of institution | Type of account | Last 4 digits | Current value |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Full Analysis Business Checking** | 9697 | $1,374,200.00 |
| 3.2. | **Wells Fargo Bank** | **Business Choice Checking** | 1139 | $4,532.16 |
| 3.3. | **Bank of America** | **Full Analysis Business Checking** | 3309 | $54,185.74 |
| 3.4. | **Royal Bank of Scotland** Name on account: RMS Titanic (UK) Limited | **Business Current Account** | 4386 | $11,472.52 |
| 3.5. | **Royal Bank of Scotland** Name on account: Premier (United Kingdom) Limited | | 4351 | $46,816.67 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,491,207.09

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Premier Exhibitions Management, LLC**                    Case number *(If known)*  **3:16-bk-02233-PMG**
_____
Name

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Buena Park security deposit | $55,570.00 |
| 7.2. | Orlando security deposit | $18,465.00 |
| 7.3. | New York security deposit | $3,120.00 |
| 7.4. | Corporate security deposit | $22,598.00 |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Prepaid G&A | $5,649.00 |
| 8.2. | Prepaid G&A | $5,536.00 |
| 8.3. | Prepaid G&A | $18,667.00 |
| 8.4. | Prepaid G&A | $6,667.00 |
| 8.5. | Prepaid insurance | $240,400.00 |

9.     **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $376,672.00 |
|---|

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Premier Exhibitions Management, LLC** | Case number *(If known)*   3:16-bk-02233-PMG |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 701,153.00 | - | 0.00 | = .... | $701,153.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 386,624.00 | - | 0.00 | =.... | $386,624.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.   Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    $1,087,777.00

---

**Part 4:**   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies | | | | |
| | Pirates | 06/01/2016 | $103,481.00 | Retail | $606,171.00 |
| | Titanic | 06/01/2016 | $303,513.00 | Retail | $1,831,535.00 |
| | Tut | 06/01/2016 | $236,622.00 | Retail | $746,440.00 |
| | Bodies | 06/01/2016 | $79,104.00 | Retail | $279,431.00 |
| | SNL | 06/01/2016 | $96,365.00 | Retail | $339,567.00 |

**23.   Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.                    $3,803,144.00

**24.   Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

| | Valuation method | Current Value | |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   __Premier Exhibitions Management, LLC_____   Case number *(If known)*  __3:16-bk-02233-PMG__
       Name

☐ Yes. Book value _____

26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |
| | Furniture and fixtures (see attached Addendum) | $54,670.00 | Book value | $54,670.00 |
| | Furniture and fixtures - Luxor Hotel (see attached Addendum) | $778.00 | Book value | $778.00 |
| | Exhibitry fixtures - Luxor Hotel (see attached Addendum) | $1,642.00 | Book value | $1,642.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software Computer software (see attached Addendum) | $14,555.00 | Book value | $14,555.00 |
| | Computers (see attached Addendum) | $1,799.00 | Book value | $1,799.00 |
| | Office equipment (see attached Addendum) | $1,241.00 | Book value | $1,241.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | Exhibitry fixtures (see attached Addendum) | $3,051,461.00 | Book value | $3,051,461.00 |

43.   **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

                                                     $3,126,146.00

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Premier Exhibitions Management, LLC** | Case number *(if known)*  **3:16-bk-02233-PMG** |
|---|---|---|
| | Name | |

■ Yes

45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?

☐ No
☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.  Vehicles  (see attached Addendum) | $0.00 | Book value | $0.00 |
| 48.    Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    Aircraft and accessories | | | |
| 50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>Heavy equipment  (see attached Addendum) | $6,501.00 | Book value | $6,501.00 |
| Durable goods/tools  (see attached<br>Addendum) | $15,060.00 | Book value | $15,060.00 |
| Durable goods/tools - Luxor Hotel  (see<br>attached Addendum) | $0.00 | Book value | $0.00 |

51.  Total of Part 8.                                                                                           | $21,561.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
■ Yes

53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

---

**Part 9:**    Real property

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Premier Exhibitions Management, LLC**                    Case number (If known)    **3:16-bk-02233-PMG**
_____
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Leasehold improvements | | $12,862,066.00 | Book value | $439,540.00 |
| 55.2. Leasehold improvements - Luxor Hotel | | $2,421,697.00 | Book value | $2,421,697.00 |

**56.**    **Total of Part 9.**                                                                                    $2,861,237.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets<br>Trade names | $358,020.00 | Book value | $358,020.00 |

**61.**    Internet domain names and websites

**62.**    Licenses, franchises, and royalties

**63.**    Customer lists, mailing lists, or other compilations

**64.**    Other intangibles, or intellectual property

**65.**    Goodwill

**66.**    **Total of Part 10.**                                                                                    $358,020.00

Add lines 60 through 65. Copy the total to line 89.

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Premier Exhibitions Management, LLC** _____    Case number *(If known)* **3:16-bk-02233-PMG**
          Name

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Premier Exhibitions Management, LLC**                     Case number *(If known)*  **3:16-bk-02233-PMG**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,491,207.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $376,672.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,087,777.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,803,144.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,126,146.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,561.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................> | | $2,861,237.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $358,020.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,264,527.09 | + 91b. $2,861,237.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,125,764.09 |

Debtor name Premier Exhibitions Management, LLC · Case 3:16-bk-02233-PMG · Doc 25 · Filed 08/26/16 · Page 9 of 38 · SCHEDULE A/B: Assets - Real and Personal Property
United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA · Part 7
Case number (if known) 3:16-bk-02233-PMG

| Fixed Assets | Cost | A/D | NBV 10/31 | NY Related | Total | GL | Useful Life | Monthly Dep |
|---|---|---|---|---|---|---|---|---|
| | | | | | 2016-11-01 | | | |
| Computers | 151,525 | (149,726) | 1,799 | - | 1,799 | 1,799 | 60 | 30 |
| Software | 217,571 | (203,016) | 14,555 | - | 14,555 | 14,555 | 36 | 404 |
| Furniture & Fixtures | 963,898 | (909,228) | 54,670 | - | 54,670 | 54,670 | 60 | 911 |
| Office Equipment | 1,291,386 | (1,290,145) | 1,241 | - | 1,241 | 1,241 | 60 | 21 |
| Exhibitry Fixtures | 16,696,325 | (13,644,864) | 3,051,461 | - | 3,051,461 | 3,051,461 | 60 | 50,858 |
| Heavy Equipment | 19,691 | (13,190) | 6,501 | - | 6,501 | 6,501 | 60 | 108 |
| Leasehold Improvements | 15,983,325 | (3,121,258) | 12,862,066 | (12,422,526) | 439,540 | 439,540 | 36 | 12,209 |
| Durable Goods/Tools | 518,123 | (503,064) | 15,060 | - | 15,060 | 15,060 | 60 | 251 |
| Vehicles | 14,000 | (14,000) | 0 | - | 0 | - | 60 | - |
| Furniture & Fixtures - Luxor | 115,277 | (114,500) | 778 | - | 778 | 778 | 60 | 13 |
| Exhibitry Fixtures - Luxor | 228,040 | (226,398) | 1,642 | - | 1,642 | 1,642 | 60 | 27 |
| Leasehold Improvements - Luxor | 6,889,972 | (4,468,275) | 2,421,697 | - | 2,421,697 | 2,421,697 | 36 | 67,269 |
| Durable Goods/Tools - Luxor | 4,044 | (4,044) | 0 | - | 0 | - | 60 | - |
| | 43,093,176 | (24,661,707) | 18,431,469 | (12,422,526) | 6,008,943 | 6,008,944 | | 132,102 |

| ENTITY | AEI | PEM | PRXI | MERCH | PEM | PEM | PEM | PEM | RMS TITANIC | | 2016-11-01 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fixed Assets | AEI | BODIES | CORP | EM | MERCH | NCAEI | PEM | RMST | TITANIC | TOTAL | GL | Var |
| Computers | | 1,545 | (1,692) | | 0 | | 481 | 1,465 | | 1,799 | 1,799 | 0 |
| Software | | 8 | 2,429 | | 741 | | 11,145 | 234 | | 14,555 | 14,555 | (0) |
| Furniture & Fixtures | | 2,344 | 1,014 | | 32,431 | | 3,872 | 15,008 | | 54,670 | 54,670 | (0) |
| Office Equipment | | 1,115 | 140 | | | | | (14) | | 1,241 | 1,241 | (0) |
| Exhibitry Fixtures | 469,285 | 147,431 | 4,317 | 319,951 | 44,798 | 256,309 | 3,621,471 | 274,652 | 303,075 | 5,441,289 | 3,051,461 | (2,389,828) |
| Heavy Equipment | | | | | | | | 6,501 | | 6,501 | 6,501 | 0 |
| Leasehold Improvements | | 200,901 | 57,064 | | | | 4,770 | 176,805 | | 439,540 | 439,540 | (0) |
| Durable Goods/Tools | | 2,283 | | | 5,035 | | 3,299 | 4,443 | | 15,060 | 15,060 | 1 |
| Vehicles | | | | | | | | | | | | - |
| Furniture & Fixtures - Luxor | | 99 | | | | | | 678 | | 778 | 778 | 0 |
| Exhibitry Fixtures - Luxor | | 966 | | | | | | 676 | | 1,642 | 1,642 | 0 |
| Leasehold Improvements - Luxor | | 709,153 | | | | | 321,455 | 1,391,089 | | 2,421,697 | 2,421,697 | 0 |
| Durable Goods/Tools - Luxor | | | | | | | | | | - | | - |
| | 469,285 | 1,065,843 | 63,272 | 319,951 | 83,005 | 256,309 | 3,966,493 | 1,871,537 | 303,075 | 8,398,770 | 6,008,944 | (2,389,826) |
| Report | 469,285 | 1,065,843 | 63,272 | 319,951 | 83,005 | 256,309 | 3,966,493 | 1,871,538 | 303,075 | 8,398,770 | 6,008,944 | (2,389,826) |
| Var | - | - | - | - | - | - | - | (0) | - | (0) | - | 0 |

| | AEI | BODIES | CORP | EM | MERCH | NCAEI | PEM | RMST | TITANIC | TOTAL | GL | Var |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SNL New York** | | | | | | | | | | | | |
| Exhibitry Fixtures | | | | (284,118) | | | (3,606,332) | | | (3,890,450) | | |
| | | | | | | | | | | - | | |
| **Buena Park** | | | | | | | | | | | | |
| Leasehold Improvements | | (200,901) | | | | | | (25,267) | | (226,168) | | |
| Heavy Equipment | | | | | | | | (6,007) | | (6,007) | | |
| Computers | | (1,545) | | | | | | (1,545) | | (3,090) | | |
| Exhibitry Fixtures | | (19,109) | | | | | | (119,599) | | (138,708) | | |
| **Write off required in June** | - | (221,554) | - | (284,118) | - | - | (3,606,332) | (152,418) | - | (4,264,423) | | |

| | AEI | BODIES | CORP | EM | MERCH | NCAEI | PEM | RMST | TITANIC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | - |
| **FIXED ASSET TOTAL AS OF 6/30** | 469,285 | 844,289 | 63,272 | 35,833 | 83,005 | 256,309 | 360,160 | 1,719,119 | 303,075 | 4,134,347 |

**Fill in this information to identify the case:**

Debtor name     **Premier Exhibitions Management, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **3:16-bk-02233-PMG**

☒ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.1  Halping Zou**
Creditor's Name

**Unit 110-115**
**Wanke Qingqing Homeland**
**Dougezhuan,Chaoyang**
**District**
**Beijing, China 100021**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Pari passu

Describe debtor's property that is subject to a lien
**Trade**

Describe the lien

Is the creditor an insider or related party?
☐ No
☒ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$1,000,000.00**    Value of collateral: **$0.00**

**2.2  Jihe Zhang**
Creditor's Name

**59 Dongsanhuan Middle**
**Road**
**Fuli Shuangzi Towers, Bd.**
**A**
**Suite 2606,Chaoyang**
**District**
**Beijing, China 100022**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**Trade**

Describe the lien

Is the creditor an insider or related party?
☐ No
☒ Yes
Is anyone else liable on this claim?
☐ No

Amount of claim: **$1,000,000.00**    Value of collateral: **$0.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Premier Exhibitions Management, LLC** | Case number (if know) | **3:16-bk-02233-PMG** |
|---|---|---|---|
| | Name | | |

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

Pari passu

---

| 2.3 | **Lange Feng** | Describe debtor's property that is subject to a lien | **$1,000,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Trade** | | |

**15953 107th Avenue**
**Surrey, BC V4N 5N7**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

Pari passu

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$3,000,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name __Premier Exhibitions Management, LLC__

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) __3:16-bk-02233-PMG__

☒ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:      List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $1,587.95 |
|  | **4Wall Entertainment Lighting** | |
|  | **35 State Street** | |
|  | **Moonachie, NJ 07074** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| **3.2** | Nonpriority creditor's name and mailing address | $12,700.00 |
|---|---|---|
|  | **87AM Holdings, LLC** | |
|  | **42 W. 39th Street** | |
|  | **4th Floor** | |
|  | **New York, NY 10018** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| **3.3** | Nonpriority creditor's name and mailing address | $350.00 |
|---|---|---|
|  | **A&S Sweeping, Inc.** | |
|  | **11762 DePalma Road** | |
|  | **Corona, CA 92883** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| **3.4** | Nonpriority creditor's name and mailing address | $2,600.00 |
|---|---|---|
|  | **A-NYC Display and Graphics** | |
|  | **8500 4th Avenue** | |
|  | **Suite D** | |
|  | **Brooklyn, NY 11209** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    52730                    Best Case Bankruptcy

Debtor    **Premier Exhibitions Management, LLC**
     Name

Case number (if known)    **3:16-bk-02233-PMG**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,013.00 |
|---|---|---|---|

**ABC Imaging**
1155 21st Street NW
Suite M400
Washington, DC 20036

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,072.00 |
|---|---|---|---|

**ABM Janitorial-Southeast**
PO Box 934418
Atlanta, GA 31193

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,454.00 |
|---|---|---|---|

**Adrenaline Media, Inc.**
329 West Franklin Street
Ocoee, FL 34761

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,763.00 |
|---|---|---|---|

**Air Stream Air Conditioning**
245 Newton Road
Suite 305
Plainview, NY 11803

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Allgood Pest Control**
2540 Lawrenceville Highway
Lawrenceville, GA 30042

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number  __5167__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.00 |
|---|---|---|---|

**American Guardian Security**
**System**
6981 Peachtree Industrial Bl
Norcross, GA 30092

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $536.80 |
|---|---|---|---|

**Anglepix**
2113 Defoors Ferry Road NW
Suite B8
Atlanta, GA 30318

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Premier Exhibitions Management, LLC**    Case number (if known)    **3:16-bk-02233-PMG**
_____Name_____

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,074.90 |
|------|---|---|---|

**3.12**

Nonpriority creditor's name and mailing address

**Base Entertainment**
**3667 Las Vegas Blvd. South**
**Las Vegas, NV 89109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Marketing commission__

Is the claim subject to offset? ■ No ☐ Yes

$1,074.90

---

**3.13**

Nonpriority creditor's name and mailing address

**BML Productions, Inc.**
**dba Generi**
**1 Aquarium Drive**
**Secaucus, NJ 07094**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Production__

Is the claim subject to offset? ■ No ☐ Yes

$3,300.00

---

**3.14**

Nonpriority creditor's name and mailing address

**Bright House Networks**
**PO Box 30574**
**Tampa, FL 33630**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$1,033.44

---

**3.15**

Nonpriority creditor's name and mailing address

**Brillianize**
**PO Box 867**
**Benicia, CA 94510**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$83.80

---

**3.16**

Nonpriority creditor's name and mailing address

**Broadway Video**
**30 Rockefeller Plaza**
**54th Floor**
**New York, NY 10112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$250,000.00

---

**3.17**

Nonpriority creditor's name and mailing address

**Brookridge Consulting**
**43 Warren Street**
**New York, NY 10007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Professional services__

Is the claim subject to offset? ■ No ☐ Yes

$3,250.00

---

**3.18**

Nonpriority creditor's name and mailing address

**Bulbtronics, Inc.**
**45 Banfi Plaza North**
**Farmingdale, NY 11735**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$165.01

---

Debtor   **Premier Exhibitions Management, LLC**   Case number (if known)   **3:16-bk-02233-PMG**
         Name

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,500.00 |
|---|---|---|---|

**CBS Outdoor/Outfront Media**
185 US Highway 48
Fairfield, NJ 07004

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.05 |
|---|---|---|---|

**CBS Radio NY**
345 Hudson Street
10th Floor
New York, NY 10014

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.16 |
|---|---|---|---|

**Century Link**
PO Box 2961
Phoenix, AZ 85062

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9674**

Basis for the claim:  **Utilties**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.00 |
|---|---|---|---|

**CIT Technology Financing Ctr**
21146 Network Place
Chicago, IL 60673

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,329.00 |
|---|---|---|---|

**City Guide**
498 Seventh Avenue
10th Floor
New York, NY 10018

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**Coco-Cola Enterprises**
PO Box 403390
Atlanta, GA 30384

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $968.22 |
|---|---|---|---|

**ConEdison**
PO Box 1702
New York, NY 10116

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Premier Exhibitions Management, LLC**                                     Case number (if known)   **3:16-bk-02233-PMG**
         Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,518.00 |
|---|---|---|---|

**Cortina Productions**
1651 Old Meadow Road
Mc Lean, VA 22102

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $562.32 |
|---|---|---|---|

**Crane Worldwide Logistics**
PO Box 844174
Dallas, TX 75284

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Creative Pest Management Inc**
PO Box 965674
Marietta, GA 30066

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,177.00 |
|---|---|---|---|

**CRI Properties, Ltd.**
520 Club Drive
Aurora, OH 44202

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,475.16 |
|---|---|---|---|

**CT Corporation System**
PO Box 301133
Dallas, TX 75303

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,271.00 |
|---|---|---|---|

**CTM Media Group, Inc.**
11 Largo Drive South
Stamford, CT 06907

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,313.00 |
|---|---|---|---|

**Davler Media Group**
498 Seventh Avenue
New York, NY 10018

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Premier Exhibitions Management, LLC**                    Case number (if known)   **3:16-bk-02233-PMG**
_____
Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.85 |
|---|---|---|---|

**DeKalb County Watershed**
PO Box 1027
Decatur, GA 30031

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,956.00 |
|---|---|---|---|

**Design Electronics**
4956 Oakwood Drive
Niagra Falls, ON L2E 6S5

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Direct Media, Inc.**
72 Sharp Street
Unit C12
Hingham, MA 02043

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Discovery Benefits, Inc.**
PO Box 9528
Fargo, ND 58106

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,214.38 |
|---|---|---|---|

**Dunbar Armored, Inc.**
PO Box 64115
Baltimore, MD 21264

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.00 |
|---|---|---|---|

**Eurographics, Inc.**
9105 Salley Street
Montreal, QC H8R 2C8

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,489.46 |
|---|---|---|---|

**Expedia, Inc.**
10190 Covington Cross Drive
Las Vegas, NV 89144

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Premier Exhibitions Management, LLC**
    Name

Case number (if known)    **3:16-bk-02233-PMG**

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,428.00 |
|---|---|---|---|

**F.P.I.S., Inc.**
220 Story Road
Ocoee, FL 34761

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $623.30 |
|---|---|---|---|

**FedEx**
PO Box 660481
Dallas, TX 75266

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,927.94 |
|---|---|---|---|

**FedEx Custom Critical**
PO Box 645135
Pittsburgh, PA 15264

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,513.00 |
|---|---|---|---|

**Florida Dept. of Revenue**
5050 W. Tennessee Street
Tallahassee, FL 32399

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Florida Suncoast Tourism**
10750 75th Street
Seminole, FL 33777

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,250.00 |
|---|---|---|---|

**Freedom Communications, Inc.**
1801 W. Olympic Blvd.
Pasadena, CA 91199

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $358.00 |
|---|---|---|---|

**Ful-Bro Heating &**
**Air Conditioning**
3230 Cumberland Drive
Chamblee, GA 30341

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Premier Exhibitions Management, LLC**
          Name
          Case number (if known)    3:16-bk-02233-PMG

| | | |
|---|---|---|
| **3.47** | Nonpriority creditor's name and mailing address | $1,900.00 |

George F. Eyde Orlando LLC
Louis J. Eyde Orlando LLC
PO Box 4218
East Lansing, MI 48826

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.48** | Nonpriority creditor's name and mailing address | $6,104.00 |

Georgia Dept. of Revenue
1800 Century Blvd. NE
Suite 12000
Atlanta, GA 30345

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.49** | Nonpriority creditor's name and mailing address | $3,955.00 |

Georgia Power
96 Annex
Atlanta, GA 30396

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.50** | Nonpriority creditor's name and mailing address | $151.94 |

Global Equipment Co.
PO Box 905713
Charlotte, NC 28290

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.51** | Nonpriority creditor's name and mailing address | $893.16 |

GRM Information Management
PO Box 978589
Dallas, TX 75397

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.52** | Nonpriority creditor's name and mailing address | $100.00 |

Gwinnett County Police Dept.
PO Box 602
Lawrenceville, GA 30046

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.53** | Nonpriority creditor's name and mailing address | $2,376.00 |

Higi SH LLC
150 North Wacker Drive
Chicago, IL 60606

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Premier Exhibitions Management, LLC**     Case number (if known)    **3:16-bk-02233-PMG**
          Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,495.00 |
|---|---|---|---|

**Historical Indexes Publishin**
900 Reichert Avenue
Suite 432
Novato, CA 94945

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $371.78 |
|---|---|---|---|

**HM Peachtree Corners I LLC**
PO Box 32149
New York, NY 10087

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,808.00 |
|---|---|---|---|

**Home Depot Credit Services**
P.O. Box 9055
Des Moines, IA 50368

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5095**

Is the claim subject to offset?   ■ No  ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $871.00 |
|---|---|---|---|

**IESI - NY Corporation**
PO Box 660654
Dallas, TX 75266

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **4496**

Is the claim subject to offset?   ■ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,183.60 |
|---|---|---|---|

**InnerWorkings Inc.**
1440 Broadway
22nd Floor
New York, NY 10018

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No  ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,513.71 |
|---|---|---|---|

**JB Hunt Transport, Inc.**
650 JB Hunt Corporate Drive
Lowell, AR 72745

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No  ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,560.00 |
|---|---|---|---|

**Kenney Commuications, Inc.**
1215 Spruce Avenue
Orlando, FL 32824

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset?   ■ No  ☐ Yes

Debtor   **Premier Exhibitions Management, LLC**
Name

Case number (if known)   **3:16-bk-02233-PMG**

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,837.00 |
|---|---|---|---|

**Kirvin Doak Communications**
7935 W. Sahara Avenue
Las Vegas, NV 89117

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,728.00 |
|---|---|---|---|

**Las Vegas Magazine & Showbix**
2360 Corporate Circle
3rd Floor
Henderson, NV 89074

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|

**Manifest, LLC**
4110 N. Scottsdale Road
Scottsdale, AZ 85251

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.00 |
|---|---|---|---|

**Massey Services, Inc.**
3210 Clay Avenue
Orlando, FL 32804

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,439.00 |
|---|---|---|---|

**MDJ & Associates**
745 E. Division
Lombard, IL 60148

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,300.00 |
|---|---|---|---|

**Mojave Electric**
3755 W. Hacienda Avenue
Las Vegas, NV 89118

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,074.00 |
|---|---|---|---|

**MondoMostre s.r.l.**
Via del Baullari, 4
Rome, Italy 00186

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Premier Exhibitions Management, LLC**
         Name

Case number (if known)   **3:16-bk-02233-PMG**

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,586.00 |
|------|---|---|---|

**Morris Visitor Publications**
P.O. Box 1584
Augusta, GA 30903

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,126.00 |
|------|---|---|---|

**MS Networks, Inc. (ShoreTel)**
4436 Solutions Center
Chicago, IL 60677

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,332.07 |
|------|---|---|---|

**Murray Hill Properties, LLC**
277 Park Avenue
21st Floor
New York, NY 10172

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |
|------|---|---|---|

**National Design LLC**
PO Box 51440
Los Angeles, CA 90051

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,900.00 |
|------|---|---|---|

**Ned Collett**
2811 Twisted Willow Court
Katy, TX 77450

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,579.34 |
|------|---|---|---|

**Nevada Dept. of Taxation**
PO Box 52685
Suite 180
Phoenix, AZ 85072

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,502.65 |
|------|---|---|---|

**New York Dept. of Taxation
and Finance**
PO Box 4127
Binghamton, NY 13902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Premier Exhibitions Management, LLC**          Case number (if known)    **3:16-bk-02233-PMG**
Name

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |

**New York Dept. of Taxation
and Finance
Attn: Office of Counsel
Bldg. 9, W.A. Harriman Campu
Albany, NY 12227**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234,000.00 |

**New York Dept. of Taxation
and Finance
PO Box 4127
Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,134.00 |

**NYC & Co.
810 Seventh Avenue
New York, NY 10019**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,053.72 |

**NYC Dept. of Finance
PO Box 3646
New York, NY 10008**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,365.25 |

**Oasis Reporting Services LLC
400 S. Seventh Street
Las Vegas, NV 89138**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $484.00 |

**Office Depot, Inc.
PO Box 633211
Cincinnati, OH 45263**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,277.00 |

**Pallet Rack Surplus, Inc.
1981 Old Covington Cross Rd.
NE
Conyers, GA 30013**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Premier Exhibitions Management, LLC**       Case number (if known)    **3:16-bk-02233-PMG**
Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,111.33 |
|---|---|---|---|

**Parallax Digital Studios Inc**
3675 Kennesaw 75 Parkway NW
Kennesaw, GA 30144

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,446.43 |
|---|---|---|---|

**Penguin Random House**
1019 N. State Road 47
Crawfordsville, IN 47933

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,255.00 |
|---|---|---|---|

**Pernot and Tatlin**
1041 E. Green Street
Suite 205
Pasadena, CA 91106

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.24 |
|---|---|---|---|

**Pitney Bowes Global Financia**
PO Box 371896
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,178.20 |
|---|---|---|---|

**Progress Energy**
dba Duke Energy
PO Box 1004
Charlotte, NC 28201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.40 |
|---|---|---|---|

**Protection One Alarm**
**Monitoring**
PO Box 29044
Kansas City, MO 64121

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Queen Courier**
38-15 Bell Blvd.
Bayside, NY 11361

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

Debtor    **Premier Exhibitions Management, LLC**
          Name

Case number (if known)    3:16-bk-02233-PMG

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,901.32 |
|---|---|---|---|

**R&L Carriers, Inc.**
PO Box 10020
Port William, OH 45164

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,068.39 |
|---|---|---|---|

**Ricoh**
aka Ikon Financial Service
PO Box 532530
Atlanta, GA 30353

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,064.62 |
|---|---|---|---|

**Ricoh USA, Inc.**
aka Ikon Office Solutions
PO Box 532530
Atlanta, GA 30353

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|---|

**Rocket Fuel, Inc.**
1900 Seaport Blvd.
Redwood City, CA 94063

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.00 |
|---|---|---|---|

**Rose Brand Wipers, Inc.**
PO Box 1536
Secaucus, NJ 07094

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,983.00 |
|---|---|---|---|

**Row NYC**
700 8th Avenue
New York, NY 10036

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.75 |
|---|---|---|---|

**SBS Group**
2866 Momentum Place
Chicago, IL 60689

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Professional services__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Premier Exhibitions Management, LLC**
          _____
          Name

Case number (if known)    **3:16-bk-02233-PMG**
          _____

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754.84 |
|---|---|---|---|

**Scana Energy**
PO Box 100157
Columbia, SC 29202

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2986__

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163,000.00 |
|---|---|---|---|

**Screen Actors Guild**
1900 Broadway
5th Floor
New York, NY 10023

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,600.00 |
|---|---|---|---|

**Shockwave Cargo**
2001 W. Main Street
Suite 222
Stamford, CT 06902

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $442,018.00 |
|---|---|---|---|

**Sophrintendenza Archeologica**
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,565.00 |
|---|---|---|---|

**South Coast Transportation
& Distribution**
1424 S. Raymond Avenue
Fullerton, CA 92831

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.24 |
|---|---|---|---|

**Space Coast Fire and Safety**
420 Manor Drive
Merritt Island, FL 32952

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,226.00 |
|---|---|---|---|

**Speciality Distribution**
dba Beyda and Associates
PO Box 772288
Orlando, FL 32877

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Merchandise inventory__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Premier Exhibitions Management, LLC**    Case number (if known)    **3:16-bk-02233-PMG**

Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,187.80 |
|---|---|---|---|

**Team Alternatives**
901 W. Alameda Avenue
Suite 100
Burbank, CA 91506

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,415.23 |
|---|---|---|---|

**Team Worldwide**
PO Box 668
Winnsboro, TX 75494

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.00 |
|---|---|---|---|

**TelePacific Communications**
PO Box 509013
San Diego, CA 92150

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Utilities**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.00 |
|---|---|---|---|

**The Highland Mint Co.**
Attn: Vince Bohbot
4100 N Riverside Drive
Melbourne, FL 32937

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**The Place Media**
19200 Von Karman Avenue
6th Floor
Irvine, CA 92612

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**The Savvy Pass**
101 West 23rd Street
Suite 400
New York, NY 10011

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**The Superlative Group**
921 Huron Road
Cleveland, OH 44115

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Premier Exhibitions Management, LLC | Case number (if known) | 3:16-bk-02233-PMG |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address

**Tickets for Groups**
495 Mountain Road
Wilbraham, MA 01095

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,872.00

---

**3.111** | Nonpriority creditor's name and mailing address

**Time Out New York**
475 Tenth Avenue
12th Floor
New York, NY 10018

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset?  ■ No  ☐ Yes

$23,156.00

---

**3.112** | Nonpriority creditor's name and mailing address

**Total Quality Logistics, LLC**
PO Box 634558
Cincinnati, OH 45623

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$5,425.00

---

**3.113** | Nonpriority creditor's name and mailing address

**Trip Advisor LLC**
400 1st Avenue
Needham Heights, MA 02494

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset?  ■ No  ☐ Yes

$11,485.00

---

**3.114** | Nonpriority creditor's name and mailing address

**TSX Operating Co., LLC**
70 West 40th Street
9th Floor
New York, NY 10018

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset?  ■ No  ☐ Yes

$23,047.00

---

**3.115** | Nonpriority creditor's name and mailing address

**Tyler's Display Supply**
1731 Taylor Street
Atlanta, GA 30318

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$504.96

---

**3.116** | Nonpriority creditor's name and mailing address

**Uline**
PO Box 88741
Chicago, IL 60680

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$4,106.00

---

Debtor  **Premier Exhibitions Management, LLC**                          Case number (if known)    **3:16-bk-02233-PMG**
        Name

---

**3.117**  Nonpriority creditor's name and mailing address

**United Rentals**
PO Box 100711
Atlanta, GA 30384

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$7,340.00

---

**3.118**  Nonpriority creditor's name and mailing address

**United Van Lines, LLC**
22304 Network Place
Chicago, IL 60673

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$9,793.00

---

**3.119**  Nonpriority creditor's name and mailing address

**Universal Creative Concepts**
10143 Royalton Road
North Royalton, OH 44133

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset?  ■ No  ☐ Yes

$1,813.00

---

**3.120**  Nonpriority creditor's name and mailing address

**UPS**
PO Box 7247-0244
Philadelphia, PA 19170

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$157.65

---

**3.121**  Nonpriority creditor's name and mailing address

**UPS Supply Chain Solutions**
28013 Network Place
Chicago, IL 60673

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$819.40

---

**3.122**  Nonpriority creditor's name and mailing address

**Verifone, Inc.**
300 S. Park Place Blvd.
Clearwater, FL 33759

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset?  ■ No  ☐ Yes

$52,912.00

---

**3.123**  Nonpriority creditor's name and mailing address

**Village Voice**
80 Maiden Lane
Suite 2105
New York, NY 10038

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset?  ■ No  ☐ Yes

$4,000.00

---

Debtor  **Premier Exhibitions Management, LLC**
Name

Case number (if known)  **3:16-bk-02233-PMG**

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,720.00 |
|---|---|---|---|

**VS Media Group**
7648 Southland Blvd.
Orlando, FL 32809

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $753.04 |
|---|---|---|---|

**Waste Management of Atlanta**
P.O. Box 105453
Atlanta, GA 30348

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.10 |
|---|---|---|---|

**Wells Fargo Equipment Financ**
P.O. Box 7777
San Francisco, CA 94120

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.44 |
|---|---|---|---|

**Wessels & Associates LLC**
PO Box 233
Clawson, MI 48017

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,398.00 |
|---|---|---|---|

**WNBC - NBC Universal Media**
30 Rockefeller Center
New York, NY 10012

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,314.00 |
|---|---|---|---|

**Yelp, Inc.**
140 New Montgomery
9th Floor
San Francisco, CA 94105

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.00 |
|---|---|---|---|

**Zephyrhills/Ready Refresh**
PO Box 856680
Louisville, KY 40285

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Premier Exhibitions Management, LLC**
        Name

Case number (if known)    **3:16-bk-02233-PMG**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,432,944.34 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ | 2,432,944.34 |

**Fill in this information to identify the case:**

Debtor name   **Premier Exhibitions Management, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **3:16-bk-02233-PMG**

■ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Non-recourse promissory note related to the acquisition of AEI 04/20/2017** |
| | State the term remaining | |
| | List the contract number of any government contract | AEG Live LLC<br>425 West 11th Street<br>Los Angeles, CA 90015 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **NY Location: (1) Syzygy server and (2) LEB Electric - camera sytem, security door, and network 04/06/2021** |
| | State the term remaining | |
| | List the contract number of any government contract | Ascentium Capital LLC<br>23970 Highway 59<br>Kingwood, TX 77339 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **NY Location: LEB Electric - camera sytem, security door, and network 05/31/2021** |
| | State the term remaining | |
| | List the contract number of any government contract | Ascentium Capital LLC<br>23970 Highway 59<br>Kingwood, TX 77339 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **NY Location: LEB Electric - camera sytem, security door, and network 06/11/2021** |
| | State the term remaining | |
| | List the contract number of any government contract | Ascentium Capital LLC<br>23970 Highway 59<br>Kingwood, TX 77339 |

Debtor 1    **Premier Exhibitions Management, LLC**                    Case number (if known)    3:16-bk-02233-PMG
            First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Bodies Revealed 3 touring exhibition** | |
| | State the term remaining | 01/01/2017 | |
| | List the contract number of any government contract | | Bossard Library<br>7 Spruce Street<br>Gallipolis, OH 45631 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Exhibition rights to "Saturday Night Live"** | |
| | State the term remaining | 02/15/2020 | |
| | List the contract number of any government contract | | Broadway Video Entertainment<br>30 Rockefeller Plaza<br>54th Floor<br>New York, NY 10112 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Exhibition rights to the story of the Whydah pirate ship** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Historic Shipwreck, Inc.<br>& Barry L. Clifford<br>16 Macmillan Wharf, Box 493<br>Provincetown, MA 02657 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Atlanta Corporate Office  - servers & desktops** | |
| | State the term remaining | 10/17/2015 | |
| | List the contract number of any government contract | | Lenovo Financial Services<br>PO Box 550599<br>Jacksonville, FL 32255 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Bodies Revealed 4 touring exhibition** | |
| | State the term remaining | 01/16/2017 | |
| | List the contract number of any government contract | | Liberty Science Center<br>222 Jersey City Blvd.<br>Jersey City, NJ 07305 |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Titanic Touring unit 7 exhibition** | |
| | State the term remaining | 01/06/2019 | Mayborn Museum of Baylor University<br>1300 S. University Parks Dr.<br>Waco, TX 76706 |
| | List the contract number of any | | |

Debtor 1   Premier Exhibitions Management, LLC _____ Case number *(if known)*   3:16-bk-02233-PMG
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

government contract _____

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | The Discovery of King Tut exhibition |
| | State the term remaining | 01/27/2019 |
| | List the contract number of any government contract | |

Oregon Museum of Science and Industry
1945 SE Water Avenue
Portland, OR 97214

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Titanic Touring unit 6 exhibition |
| | State the term remaining | 03/12/2017 |
| | List the contract number of any government contract | |

Peroria Riverfront Museum
1125 W. Lake Avenue
Peoria, IL 61614

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Titanic Touring unit 6 exhibition |
| | State the term remaining | 10/23/2016 |
| | List the contract number of any government contract | |

Portland Science Center
68 Commercial Street
Portland, ME 04101

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Titanic Touring unit 2 exhibition |
| | State the term remaining | 07/10/2016 |
| | List the contract number of any government contract | |

PVA Expo / JVS Group
Prague Gate House, Türkova 5
149 00 Praha 4 Chodov
Prague 4, Czech Republic

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Copier Equipment Rental - Corporate Office |
| | State the term remaining | N/A |
| | List the contract number of any government contract | |

Ricoh
aka Ikon Financial Service
P.O. BOX 532530
Atlanta, GA 30353

| | | |
|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Copier Equipment Rental - Permanent Venues and Lab |

Ricoh
aka Ikon Financial Service
P.O. BOX 532530
Atlanta, GA 30353

Debtor 1    **Premier Exhibitions Management, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*    **3:16-bk-02233-PMG**

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| State the term remaining | 08/01/2016 | |
| List the contract number of any government contract | _____ | |

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Copier Equipment Rental - New York |
| | State the term remaining | 05/01/2018 |
| | List the contract number of any government contract | _____ |

Ricoh
aka Ikon Financial Service
Atlanta, GA 30353

| | | |
|---|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Exhibition rights to "The Discovery of King Tut" |
| | State the term remaining | 04/07/2018 |
| | List the contract number of any government contract | _____ |

Semmel Concerts GmBH
Am Muhlgraben 70
95445 Bayreuth

| | | |
|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Titanic Touring unit 7 exhibition |
| | State the term remaining | 03/12/2017 |
| | List the contract number of any government contract | _____ |

Sloan Museum
1221 E. Kersley Street
Flint, MI 48503

| | | |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | The Discovery of King Tut exhibition |
| | State the term remaining | 01/17/2018 |
| | List the contract number of any government contract | _____ |

St. Louis Science Center
5050 Oakland Avenue
Saint Louis, MO 63110

| | | |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Titanic Touring unit 5 exhibition |
| | State the term remaining | 07/03/2016 |
| | List the contract number of any government contract | _____ |

Tabakfabrik Linz / COFO
Dr.-Emil-Brichta-Str. 9
Passau, Germany, MBC D-94036

Debtor 1    **Premier Exhibitions Management, LLC**                                    Case number *(if known)*    3:16-bk-02233-PMG

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | The Discovery of King Tut exhibition | |
|---|---|---|---|
| | State the term remaining | 09/05/2016 | The Putnam Museum |
| | List the contract number of any government contract | | 1717 W. 12th Street<br>Davenport, IA 52804 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Titanic Touring unit 7 exhibition | |
|---|---|---|---|
| | State the term remaining | 11/06/2016 | Western Heritage Museum |
| | List the contract number of any government contract | | 1 Thunderbird Circle<br>NMJC Campus<br>Hobbs, NM 88240 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Premier Exhibitions Management, LLC** |
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) 3:16-bk-02233-PMG |

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Premier Exhibitions, Inc. | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Lange Feng | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Premier Exhibitions, Inc. | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Halping Zou | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Premier Exhibitions, Inc. | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Jihe Zhang | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Premier Merchandising, LLC | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Lange Feng | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Premier Exhibitions Management, LLC**                    Case number *(if known)*    **3:16-bk-02233-PMG**

▌ **Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.5 | Premier Merchandising, LLC | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Jihe Zhang | ■ D   2.2<br>☐ E/F<br>☐ G | |
| 2.6 | Premier Merchandising, LLC | 3045 Kingston Court Suite I Norcross, GA 30071 | Halping Zou | ■ D   2.1<br>☐ E/F<br>☐ G | |
| 2.7 | RMS Titanic, Inc. | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Lange Feng | ■ D   2.3<br>☐ E/F<br>☐ G | |
| 2.8 | RMS Titanic, Inc. | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Jihe Zhang | ■ D   2.2<br>☐ E/F<br>☐ G | |
| 2.9 | RMS Titanic, Inc. | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Halping Zou | ■ D   2.1<br>☐ E/F<br>☐ G | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy