UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: } | CASE NUMBER | |
| } | 3:16-bk-02233-PMG | |
| PREMIER EXHIBITIONS MANAGEMENT, LLC } | | |
| } | JUDGE | PAUL M. GLENN |
| } | | |
| DEBTOR. } | CHAPTER 11 | |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM   August 1, 2016   TO   August 31, 2016

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Daniel F. Blanks
_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Attorney's Address
and Phone Number:

PREMIER EXHIBITIONS MANAGEMENT, LLC

NELSON MULLINS (Attn: Daniel Blanks)

3045 Kingston Court, Suite I

50 N. Laura Street, 41st Floor

Peachtree Corners GA 30071

Jacksonville, FL 32202

+1 (404) 842-2600

+1 (404) 665-3600

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm

1)  Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)  Initial Filing Requirements
3)  Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/

**EXHIBIT LIST OF DOCUMENTS / FILES FOR US TRUSTEE**

**FOR THE PERIOD** 01-Aug-16      **AND ENDING** 31-Aug-16

Name of Debtor: PREMIER EXHIBITIONS MANAGEMENT, LLC   Case Number 3:16-bk-02233-PMG
Date of Petition: 14-Jun-16

**Premier Exhibitions Management, LLC**

**Per MOR-2**
**SEE BALANCE SHEET & GENERAL LEDGER**
**EXHIBIT ITEM**
| 1 | Premier Exhibitions Management Balance Sheet 08-31-16 |
| 2 | GL Detail 8-31-2016 |

**SEE PROFIT & LOSS STATEMENT**
**EXHIBIT ITEM**
| 3 | Premier Exhibition Management Income Statement 08-31-16 |

**BANK STATEMENTS AND RECONCILIATIONS ATTACHED**

| EXHIBIT ITEM | | EXHIBIT ITEM | |
|---|---|---|---|
| 4 | 08.2016 - 3309 TUT Bank Account $54,185.74 | 14 | 08.2016 - 9713 Payroll Bank Account |
| 4A | 08.2016 - 3309 TUT Account Transfer -$54,185.74 | 15 | 08.2016 - 9721 Sweep |
| 5 | 08.2016 - 4747 Sweep | 16 | 08.2016 - 9747 Inactive |
| 6 | 08.2016 - 7129 Sweep | 17 | 08.2016 - 9754 Inactive |
| 7 | 08.2016 - 7579 Old Account | 18 | 08.2016 - 9762 Sweep |
| 7A | 08.2016 - 7579 Reconciliation | 19 | 08.2016 - 9770 Sweep |
| 8 | 08.2016 - 8357 Inactive | 20 | 08.2016 - 9788 Sweep |
| 9 | 08.2016 - 9523 Check Clearing Account | 21 | 08.2016 - 9697 Bank Reconciliation |
| 9A | 08.2016 - 9523 Reconciliation | 22 | Premier UK August Statement - CLOSED |
| 10 | 08.2016 - 9655 Sweep | 22A | CONFIRMATION Premier UK Close Out Balance |
| 11 | 08.2016 - 9663 Sweep Online Sales | 23 | 8.2016 - 1139 Wells Fargo August 2016 Statement $4,504.16 |
| 12 | 08.2016 - 9697 Operating Bank Account | 24 | 8.2016 - 1139 Wells Fargo Reconciliation |
| 13 | 08.2016 - 9705 Deposit Clearing Account | 25 | 10999 Undeposited Funds - 7-31-2016 |

| **Per MOR-3** | | **Per MOR-4** | |
|---|---|---|---|
| **EXHIBIT ITEM** | | **EXHIBIT ITEM** | |
| 26 | Cash Transactions History 8-31-2016 | | Please refer to MOR-2 Exhibit 1 named, Premier Exhibitions Management Balance Sheet 08-3 |
| | Please refer to MOR-2 Exhibit 2 named, GL Detail 8-31-2016 | 28 | Aged AR Detail - 8-31-2016 |
| 27 | Check Register 8-31-2016 | 29 | AR Transactions - 8-31-2016 |
| | | | Same as MOR-2 and MOR-3 - GL Detail 8-31-2016 |
| | | | See above - Aged AR Detail - 8-31-2016 |

| **Per MOR-5** | | **Per MOR-6** | |
|---|---|---|---|
| **EXHIBIT ITEM** | | **EXHIBIT ITEM** | |
| 30 | Aged AP Detail - 08-31-2016 | | Please refer to MOR-2 Exhibit 1 named, Premier Exhibitions Management Balance Sheet 08-3 |
| 31 | Post-Petition AP Invoices 8-31-16 | 33 | 12000 - Inventory |
| 32 | AP Transactions 8-31-2016 | | |
| | Paid July Sales Tax in August $27,070.66 | | |

**Per MOR-7**
Please refer to MOR-2 and the files listed under BANK STATEMENTS AND RECONCILIATIONS ATTACHED

**Per MOR-8**
Please refer to MOR-3 Exhibit 27 named, Check Register 8-31-2016

**Per MOR-9, MOR-10, MOR-11 and MOR-12**
Please refer to MOR-2 and the files listed under BANK STATEMENTS AND RECONCILIATIONS ATTACHED
In addition to MOR-2, the following documents support MOR-9

| 34 | Payroll Journal 20160805 20160803 1 | 37 | Payroll Journal 20160824 20160822 1 |
|---|---|---|---|
| 35 | Payroll Journal 20160808 20160805 1 | 38 | Payroll Journal 20160826 20160825 1 |
| 36 | Payroll Journal 20160819 20160816 1 | 39 | Payroll Journal 20160902 20160831 1 |

**Per MOR-13**
**EXHIBIT ITEM**
| 40 | BofA CD Withdrawal Notice 08.23.16 |
| 41 | 10030 Petty Cash |

**Per MOR-14**
| 42 | Paid July Sales Tax in August $27,070.66 |
| 43 | Sales Tax Payable (extract from EX 2 GL Detail) |
Please refer to MOR-5 Exhibit 30 named, Aged AP Detail - 08-31-2016

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | FOR THE PERIOD BEGINNING | 01-Aug-16 | AND ENDING 31-Aug-16 |
|---|---|---|---|

| | | |
|---|---|---|
| Name of Debtor: | PREMIER EXHIBITIONS MANAGEMENT, LLC | Case Number 3:16-bk-02233-PMG |
| Date of Petition: | 14-Jun-16 | |

**SEE BALANCE SHEET & GENERAL LEDGER**

    1 Premier Exhibitions Management Balance Sheet 08-31-16

    2 GL Detail 8-31-2016

**SEE PROFIT & LOSS STATEMENT**

    3 Premier Exhibition Management Income Statement 08-31-16

**BANK STATEMENTS AND RECONCILATIONS ATTACHED**

| | |
|---|---|
| 4 08.2016 - 3309 TUT Bank Account $54,185.74 | 14 08.2016 - 9713 Payroll Bank Account |
| 4A 08.2016 - 3309 TUT Account Transfer -$54,185.74 | 15 08.2016 - 9721 Sweep |
| 5 08.7016 - 4747 Sweep | 16 08.2016 - 9747 Inactive |
| 6 08.2016 - 7129 Sweep | 17 08.2016 - 9754 Inactive |
| 7 08.2016 - 7579 Old Account | 18 08.2016 - 9762 Sweep |
| 7A 08.2016 - 7579 Reconciliation | 19 08.2016 - 9770 Sweep |
| 8 08.2016 - 8357 Inactive | 20 08.2016 - 9788 Sweep |
| 9 08.2016 - 9523 Check Clearing Account | 21 08.2016 - 9697 Bank Reconciliation |
| 9A 08.2016 - 9523 Reconcilation | 22 Premier UK August Statement - CLOSED |
| 10 08.2016 - 9655 Sweep | 23 8.2016 - 1139 Wells Fargo August 2016 Statement $ |
| 11 08.2016 - 9663 Sweep Online Sales | 24 8.2016 - 1139 Wells Fargo Reconciliation |
| 12 08.2016 - 9697 Operating Bank Account | 25 10999 Undeposited Funds - 7-31-2016 |
| 13 08.2016 - 9705 Deposit Clearing Account | |

| | Current month | Cumulative<br>Petition to date |
|---|---|---|
| 1. Funds at beginning of period per bank | $ 1,874,954.35 (a) | $ 1,235,737.00 (b) |
| 2. Receipts: | | |
| 3. Total receipts (lines 2A+2B+2C) | | |
| 4. Total funds available for operations (line 1+line 3) | | |
| 5. Disbursements | | |
| 6. Total Disbursements (sum of 5A thru W) | | |
| 7. Ending balance (line 4 minus line 6) | $ 1,982,689.29 (c) | $ 1,982,689.29 (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 22 day of Sept, 20 16.       Signature

(a)This number is carried forward from last month's report. For the first report only, this number will be the
   balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of
   the petition.

(c)These two amounts will always be the same if form is completed correctly.

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
**Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.**

|  |  | Cumulative |
|---|---|---|
| Description | Current Month | Petition to Date |

**SEE CASH TRANSACTION JOURNAL AND GENERAL LEDGER ATTACHED**
26  Cash Transactions History 8-31-2016
     Please refer to MOR-2 Exhibit 2 named, GL Detail 8-31-2016

| TOTAL OTHER RECEIPTS | $          - | $          - |

 **"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan amount | Source of funds | Purpose | Repayment schedule |
|---|---|---|---|

**OTHER DISBURSEMENTS:**
Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

|  |  | Cumulative |
|---|---|---|
| Description | Current Month | Petition to Date |

**SEE CHECK REGISTER ATTACHED AND GENERAL LEDGER**
27  Check Register 8-31-2016

| TOTAL OTHER DISBURSEMENTS | $          - | $          - |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Attachment 1**
**Monthly Accounts Receivable Reconciliation and Aging**

Name of Debtor PREMIER EXHIBITIONS MANAGEMENT        Case Number: 3:16-bk-02233-PMG

Reporting
period
beginning        01-Aug-16            Period ending      31-Aug-16

ACCOUNTS RECEIVABLE AT PETITION DATE:        $    1,076,512.00

**Accounts receivable reconciliation**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which
not been received):        SEE BALANCE SHEET

SEE AR TRANSACTION REGISTER , AGED AR LISTING, GENERAL LEDGER

Premier Exhibitions Management Balance Sheet 08-31-16

28   Aged AR Detail - 8-31-2016

29   AR Transactions - 8-31-2016

GL Detail 8-31-2016

| | | |
|---|---|---|
| Beginning of Month Balance | $    991,715.73 | ( a ) |
| Plus: current month new billings | | |
| Minus: collection during the month | | ( b ) |
| Plus/ minus: adjustments or writeoffs | | * |
| End of month balance | $    970,444.01 | ( c ) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 days | 31-60 days | 61-90 days | over 90 days | Total | |
|---|---|---|---|---|---|
| | $         - | | $         - | $         - | ( c ) |

SEE AGED AR LISTING

See above - Aged AR Detail - 8-31-2016

For any receivables in the "Over 90 Days" category, please provide the following:

NO POST PETITION RECEIVABLES OVER 90 DAYS

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | $         - |

(a) This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and
    Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

**Attachment 2**
**Monthly Accounts Payable and secured payments report**

Name of Debtor:    PREMIER EXHIBITIONS MANAGEMENT, LLC          Case Number:  3:16-bk-02233-PMG

Reporting period beginning          01-Aug-16              Period ending              31-Aug-16

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST PETITION ACCOUNTS PAYABLE**

| Date incurred | Days outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| SEE AGED AP LISTING | | | | |
| | 30 | Aged AP Detail - 08-31-2016 | | |
| | 31 | Post-Petition AP Invoices 8-31-16 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total amount                                                      $              -      ( b )

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

**Accounts payable reconciliation (post petition unsecured debt only)**

SEE AP TRANSACTIONS,
          32  AP Transactions 8-31-2016

| | | |
|---|---|---|
| Opening Balance | _____ | ( a ) |
| PLUS: New indebtedness incurred this month | | |
| MINUS: Amount paid on post petition | | |
| Accounts payable this month | $              - | |
| PLUS/MINUS: adjustments | $              - | * |
| End of month balance | $              - | ( c ) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**Secured payments report**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor / Lessor | Date Payment Due This Month | Amount Paid This Month* | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| Feng | 2016-08-25 | 10,024.33 | 0 | 0 |
| Haiping Zou | 2016-08-25 | 10,024.33 | 0 | 0 |
| Zhang | 2016-08-25 | 10,024.33 | 0 | 0 |
| Premier has requested a return of these funds as we should not have disbursed these amounts | | | | |
| | | 30,072.99 | ( d ) | |
| | | * These amounts were for interest over the period June 14-30, 2016 | | |

Leases
Monthly property lease payments have been made in full for the month of August.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**Attachment 3**
**Inventory and Fixed Assets Report**

Name of Debtor: __PREMIER EXHIBITIONS MANAGEMENT, LLC__     Case Number: __3:16-bk-02233-PMG__

Reporting period beginning     __01-Aug-16__     Period ending __31-Aug-16__

**INVENTORY REPORT**
**SEE BALANCE SHEET AND INVENTORY ACCOUNT RECONCILIATION**
    33  12000 - Inventory
INVENTORY BALANCE AT PETITION DATE:     $   744,012.25
INVENTORY RECONCILIATION:

|  |  |  |
|---|---|---|
| Inventory Balance at Beginning of Month | $   662,333.00 | (a) |
| PLUS: Inventory Purchased During Month | | |
| MINUS: Inventory Used or Sold | | |
| PLUS/MINUS: Adjustments or Write-downs | | * |
| Inventory on Hand at End of Month | $   641,334.00 | |

METHOD OF COSTING INVENTORY:     __Weighted average cost__

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 55% | 45% | | | = 100% |

* Aging Percentages must equal 100%.
☐  Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**
Represents inventory related to non-touring exhibits

**FIXED ASSET REPORT**          **SEE BALANCE SHEET**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:     $   4,000,000.00  (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

FIXED ASSETS RECONCILIATION:

|  |  |  |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | | (a)(b) |
| MINUS:  Depreciation Expense | | |
| PLUS:  New Purchases | | |
| PLUS/MINUS: Adjustments or Write-downs | | * |
| Ending Monthly Balance | $        - | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a) This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**Attachment 4A**
**Monthly summary of bank activity - operating account**

Name of Debtor: PREMIER EXHIBITIONS MANAGEMENT,    Case Number: 3:16-bk-02233-PMG

Reporting period
beginning                01-Aug-16            Period ending            31-Aug-16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

Name of bank        **Bank of America Merrill Lynch**        Branch        **NOT APPLICABLE**

Account name        **Premier Exhibition Management LLC**  Account number    **3340 3706 9697**

Purpose of account:    OPERATING SWEEP

| | | |
|---|---|---|
| Ending balance per bank statement | $ | - |
| Plus total amount of outstanding deposits | $ | - |
| Minus: total amount of outstanding checks and other debits | $ | - * |
| Minus: service charges | $ | - |
| End of month balance | $ | - ** ( a ) |

**SEE BALANCE SHEET, BANK STATEMENT, RECONCILATION FOR ALL BANK ACCOUNTS**
* Debit cards are used by        **None**

** If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment
**4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:
**ALL SWEEP ACCOUNTS TRANSFER INTO MAIN ACCOUNT.  THERE IS ALSO CHECK AND DEPOSIT CLEARING ACCOUNTS.**

$  234,881.65  Transferred to Payroll Account

$Nil        Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 4A**
**Monthly summary of bank activity - operating account**

Name of Debtor:     PREMIER EXHIBITIONS MANAGEMENT, LLC  Case Number:  3:16-bk-02233-PMG

Reporting period                                    Period
beginning          01-Aug-16                        ending      31-Aug-16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

**Name of bank**        Bank of America Merrill Lynch        **Branch**      NOT APPLICABLE

**Account name**        Premier Exhibition Management LLC    Account numl 3340 3709 3309

Purpose of account:    PEM TUT

| | | |
|---|---|---|
| Ending balance per bank statement | $Nil | |
| Plus total amount of outstanding deposits | $          - | |
| Minus: total amount of outstanding checks and other debits | | * |
| Minus: service charges | $          - | |
| End of month balance | $Nil | ** ( a ) |

**\* Debit cards are used by**          None

**\*\* If Closing Balance is negative, provide explanation:**

---

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $Nil | Transferred to Payroll Account | |
| $54,185.74 | Transfer to PEM BoA -9523 | 4A 08.2016 - 3309 TUT Account Transfer -$54,185.74 |
| $Nil | Transferred to Tax Account | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 4A**
**Monthly summary of bank activity - operating account**

Name of Debtor:   PREMIER EXHIBITIONS MANAGEMENT,   Case Number: 3:16-bk-02233-PMG

Reporting period
beginning   01-Aug-16   Period ending   31-Aug-16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

Name of bank       **Wells Fargo Business Choice Checking** Branch       **NOT APPLICABLE**

Account name       **Premier Exhibition Management LLC**  Account number       **5812171139**

Purpose of account:    OPERATING

| | | |
|---|---|---|
| Ending balance per bank statement | $ | 4,504.16 |
| Plus total amount of outstanding deposits | $ | - |
| Minus: total amount of outstanding checks and other debits | | * |
| Minus: service charges | $ | - |
| End of month balance | $ | 4,504.16 ** ( a ) |

**\* Debit cards are used by**       **None**

**\*\* If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: (** ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$Nil       Transferred to Payroll Account

$Nil       Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 4A**
**Monthly summary of bank activity - operating account**

Name of Debtor:     PREMIER EXHIBITIONS MANAGEMENT, LLC      Case Number: 3:16-bk-02233-PMG

Reporting period
beginning          01-Aug-16                    Period ending
                                                               31-Aug-16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

See Exhibit
22 Premier UK August Statement - CLOSED

| | | | |
|---|---|---|---|
| Name of bank | Royal Bank of Scotland | Branch | NOT APPLICABLE |
| Account name | RMS Titanic (UK) Limited | Account number | 10134386  CLOSED JULY 1, 2016 |
| Account name | Premier (United Kingdom) Limited | Account number | 10134351  CLOSED AUGUST 1, 2016 |
| Purpose of account: | OPERATING | | |

| | | |
|---|---|---|
| Ending balance per bank statement | GBP | $Nil |
| Plus total amount of outstanding deposits | | $            - |
| Minus: total amount of outstanding checks and other debits | | * |
| Minus: service charges | | |
| End of month balance | GBP | $Nil      ** ( a ) |

**\* Debit cards are used by**          None

**\*\* If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| $Nil | Transferred to Payroll Account |
| $45,325.98 | Transfer to PEM BoA -9705 (Aug 3, 2016) |
| | Note: Amount transferred was EUR35,060.86 from Premier (UK) account |
| $Nil | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 5A**
**Check register - operating account**

Name of Debtor:  PREMIER EXHIBITIONS MANAGEMENT, LLC          Case Number:  3:16-bk-02233-PMG

Reporting period
beginning          01-Aug-16                    Period ending          31-Aug-16

**Name of bank**          **Bank of America Merrill Lynch**          **Branch**          **NOT APPLICABLE**

**Account name**          **Premier Exhibition Management LLC**          **Account number**          **3340 3706 9697**

Purpose of account:  OPERATING SWEEP

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| Date | Check number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| SEE ATTACHED CHECK REGISTER | | | | |
| | 27 | Check Register 8-31-2016 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | | | |

**Attachment 5A**
**Check register - operating account**

Name of Debtor: PREMIER EXHIBITIONS MANAGEMENT, LLC          Case Number: 3:16-bk-02233-PMG

Reporting period
beginning          01-Aug-16                          Period ending          31-Aug-16

**Name of bank**      **Bank of America Merrill Lynch**          **Branch**          **NOT APPLICABLE**

**Account name**      **Premier Exhibition Management LLC**      **Account number**      **3340 3709 3309**

Purpose of account: PEM TUT

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | | | $Nil |

**Attachment 5A**
**Check register - operating account**

Name of Debtor:    PREMIER EXHIBITIONS MANAGEMENT, LLC                    Case Number: 3:16-bk-02233-PMG

Reporting period
beginning        01-Aug-16                                    Period ending        31-Aug-16

**Name of bank**    **Wells Fargo Business Choice Checking**        **Branch**        **NOT APPLICABLE**

**Account name**    **Premier Exhibition Management LLC**        **Account number**        **5812171139**

Purpose of account:    OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| None |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| Total |            |       |         | $Nil   |

**Attachment 5A**
**Check register - operating account**

Name of Debtor:    PREMIER EXHIBITIONS MANAGEMENT, LLC                Case Number: 3:16-bk-02233-PMG

Reporting period
beginning          01-Aug-16                    Period ending          31-Aug-16

**Name of bank**          **Royal Bank of Scotland**          **Branch**          **NOT APPLICABLE**

**Account name**          **RMS Titanic (UK) Limited**          **Account number**          **10134386**
**Account name**          **Premier (United Kingdom) Limited**          **Account number**          **10134351**
Purpose of account:   OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to
this report, provided all the information requested below is included.

| Date | Check number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| **10134386 CLOSED OUT JULY 1, 2016 - FUNDS TRANSFERRED TO PEM** | | | | |
| **10134351 CLOSED OUT IN AUGUST 2016 - FUNDS TRANSFERRED TO PEM** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | | | $          - |

**Attachment 4B**
**Monthly summary of bank activity - payroll account**

Name of Debtor:    PREMIER EXHIBITIONS MANAGEMENT, LLC              Case Number:  3:16-bk-02233-PMG

Reporting period
beginning          01-Aug-16                     Period ending      ######

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.  A standard bank reconciliation form can be found at
http://www.usdoj.gov/ust/r21/reg_info.htm

Name of bank        **Bank of America Merrill Lynch**        Branch        **NOT APPLICABLE**

Account name        **Premier Exhibition Management LLC**    Account number    **3340 3706 9713**

Purpose of account:          PAYROLL

| | | |
|---|---|---|
| Ending balance per bank statement | $Nil | |
| Plus total amount of outstanding deposits | $                - | |
| Minus: total amount of outstanding checks and other debits | | * |
| Minus: service charges | $                - | |
| End of month balance | $Nil | ** ( a ) |

**\* Debit cards are used by** _____

**\*\* If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid in Cash:                    ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| Refer to the following documents: | | | | |
| | 34 | Payroll Journal 20160805 20160803 1 | 37 | Payroll Journal 20160824 20160822 1 |
| | 35 | Payroll Journal 20160808 20160805 1 | 38 | Payroll Journal 20160826 20160825 1 |
| | 36 | Payroll Journal 20160819 20160816 1 | 39 | Payroll Journal 20160902 20160831 1 |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 5B**
**Check register - Payroll Account**

Name of Debtor:     PREMIER EXHIBITIONS MANAGEMENT, LLC          Case Number: 3:16-bk-02233-PMG

Reporting period
beginning          01-Aug-16          Period ending          31-Aug-16

Name of bank     **Bank of America Merrill Lyn** Branch          **NOT APPLICABLE**

Account name     **Premier Exhibition Manager** Account number     **3340 3706 9713**

Purpose of account:          PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| **See Payroll Journals listed in MOR-9** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | **$Nil** |

**Attachment 4C**
**Monthly Summary of Bank Activity - Tax Account**

Name of Debtor:    PREMIER EXHIBITIONS MANAGEMENT, LLC          Case Number: 3:16-bk-02233-PMG

Reporting period
beginning          01-Aug-16                  Period ending          31-Aug-16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.  A standard bank reconciliation form can be found at
http://www.usdoj.gov/ust/r21/reg_info.htm

Name of bank          **None**                Branch          **None**

Account name          **None**                Account number  **None**

Purpose of account:        TAX

                           **PAYROLL ACCOUNT IS USED TO PAY TAXES**

Ending balance per bank statement                                      **$Nil**
  Plus total amount of outstanding deposits                            $                    -
  Minus: total amount of outstanding checks and other debits                                    *
  Minus: service charges                                               $                    -
Ending balance per Check Register                                      **$Nil**            ** ( a )

**\* Debit cards are used by**          None

**\*\* If Closing Balance is negative, provide explanation:**

The following disbursements were paid in Cash:          ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| None |        |       |         |                              |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| None |        |       |         |                              |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 5C**

**Check register - tax account**

Name of Debtor:    PREMIER EXHIBITIONS MANAGEMENT, LLC        Case Number: 3:16-bk-02233-PMG

Reporting period
beginning        01-Aug-16            Period ending        31-Aug-16

Name of bank        **None**            Branch            **None**

Account name        **None**            Account number        **None**

Purpose of account:        TAX

**PAYROLL ACCOUNT IS USED TO PAY TAXES**

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can beattached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| None |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                    $Nil                (d)

SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | See Exhibit 14 | (a) |
| Sales & Use Taxes Paid | $0 | (b) |
| Other Taxes Paid | $0 | (c) |
| TOTAL | | (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2 Line 5O)
(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2 Line 5P)
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2 Line 5Q)
(d) These two lines must be equal.

**Attachment 4D**
**Investment Accounts and Petty Cash Report**

**Investment accounts**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable   Certificate of Deposit (account ending -9742)

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | $Nil |
| $800,000 went to honor the letter of credit for the 415 5th Avenue landlord | | | | |
| $855.31 went to Bank of America for service charges | | | | |
| 40 BofA CD Withdrawal Notice 08.23.16 | | | | |
| TOTAL | | | | $Nil                (a) |

**Petty Cash Report**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum amount of cash in Drawer/Acct | (Column 3) Amount of petty cash on hand at end of month | (Column 4) Difference between (Column 2) and(Column 3) |
|---|---|---|---|
| | | $ | - |
| SEE SCHEDULE ATTACHED | | $ | - |
| 41 10030 Petty Cash | | | |
| | | $ | - |
| Total | | $         -    ( b ) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation.**          None

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**          _____ (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 6**

**Monthly tax report**

Name of Debtor:    PREMIER EXHIBITIONS MANAGEMENT, LLC          Case Number: 3:16-bk-02233-PMG

Reporting period
beginning          01-Aug-16                    Period ending          31-Aug-16

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of taxing authority | Date payment due | Description | Amount | Date last tax return filed | Tax return period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Total | | | $Nil | | |

MOR-14

**Attachment 7**
**Summary of Officer or Owner Compensation**
**Summary of personnel and insurance coverages**

Name of Debtor: ___PREMIER EXHIBITIONS MANAGEMENT, LI___  Case Number: __3:16-bk-02233-PMG__

Reporting period
beginning ___01-Aug-16___    Period ending ___31-Aug-16___

**TAXES OWED AND DUE**

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of officer or owner | Title | Payment description | Amount paid |
|---|---|---|---|
| Jerome Henshall | CFO | Bi-weekly salary | $   13,846.00 |
| Jessica Sanders | Corp. Secretary | Bi-weekly salary | $     6,923.00 |
| | | | |
| Total | | | $   20,769.00 |

**PERSONNEL REPORT**

| | Full time | Part time |
|---|---|---|
| Number of employees at beginning of period | 33 | 79 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 3 | 9 |
| Number of employees on payroll at end of period | 31 | 70 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

No change

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| None | | | |

☐ Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

**Attachment 8**
**Significant Developments During Reporting Period**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (attach closing statement); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

Premier Exhibitions, Inc. executed an agreement on July 1, 2016 with John Norman (former Premier Executive Officer) to lease assets and to assume an assignment of a pre-petition unsecured creditor claim.  MondoMostre s.r.l. was the unsecured creditor and owed $18,074.00.

On August 4, 2016, Premier Exhibitions Management, LLC signed on behalf of RMS Titanic, Inc., a limited license agreement, to allow Infinity Filmed Entertainment Group Ltd. and Partners in Motion Pictures, Inc. to license the Titanic intellectual property for the limited purpose of soliciting interest in a potential TV series for distribution.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before    **TO BE DETERMINED**.